**Fill in this information to identify the case:**

Debtor name  **First Capital Retail, LLC**

United States Bankruptcy Court for the:  EASTERN DISTRICT OF CALIFORNIA

Case number (if known)  **2017-26125**

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **October 12, 2017**        X **/s/ Rameshwar Prasad**
                                          Signature of individual signing on behalf of debtor

                                          **Rameshwar Prasad**
                                          Printed name

                                          **Managing Member**
                                          Position or relationship to debtor

Official Form 202        **Declaration Under Penalty of Perjury for Non-Individual Debtors**

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **First Capital Retail, LLC** |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF CALIFORNIA** |
| Case number (if known): | **2017-26125** |

■ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **2250 Town Circle Holdings, LLC 7501 Wisconsin Avenue, Suite 500 W Bethesda, MD 20814** | | **Past Due Rent Lease Agreement Cinnabon #458 22500 Town Center, Suite 1111, Moreno Valley, CA 92553** | | | | $52,151.32 |
| **Byline Bank 180 N Lasalle Street Chicago, IL 60601** | | **All personal property under section 697.530 of the CCP** | | $1,999,732.36 | $48,277.05 | $1,951,455.31 |
| **Byline Bank 180 N Lasalle Street Chicago, IL 60601** | | **All personal property under section 697.530 of the CCP** | | $171,786.91 | $0.00 | $171,786.91 |
| **California State Board of Equalization Account Information Group MIC 29 P.O. Box 942879 Sacramento, CA 94279** | | | | | | $121,243.00 |
| **Century City Mall, LLC 2049 Century Park East, 41st Floor Los Angeles, CA 90067** | | **Past Due Rent Lease Agreement Auntie Anne's 10250 Santa Monica Blvd., #2760 Los Angeles, CA 90067** | | | | $118,802.63 |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                                            Best Case Bankruptcy

| Debtor | **First Capital Retail, LLC** | Case number *(if known)* | **2017-26125** |
|---|---|---|---|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Century City Mall, LLC 2049 Century Park East, 41st Floor Los Angeles, CA 90067** | | **Past Due Rent Lease Agreement Cinnabon #101916 10250 Santa Monica Blvd., #2765 Los Angeles, CA 90067** | | | | **$105,876.96** |
| **ESBF California, LLC 5 West 37th Street, 2nd Floor New York, NY 10018** | | **Disputed Claim** | **Disputed** | | | **$203,602.25** |
| **First Capital Investment Corp 1560 Wilson Blvd. Suite 450 Arlington, VA 22209** | | **Related to expansion capital** | **Disputed Subject to Setoff** | | | **$1,500,000.00** |
| **First Capital Investment Corp 1560 Wilson Blvd. Suite 450 Arlington, VA 22209** | | **Related to expansion capital** | **Disputed Subject to Setoff** | | | **$1,500,000.00** |
| **First Capital Investment Corp 1560 Wilson Blvd. Suite 450 Arlington, VA 22209** | | | | | | **$74,715.33** |
| **GGP Northridge Fashion Center, LP 110 North Wacker Drive Chicago, IL 60606** | | **Past Due Rent Lease Agreement Cinnabon #87 1341 Galleria @ Tyler E-21, Riverside, CA 92503** | | | | **$53,531.96** |
| **Global Merchant Cash, Inc. 30 Broad Street, Floor 14 New York, NY 10004** | | **Disputed Claim** | **Disputed** | | | **$145,214.87** |
| **Heartland Bank 5100 Kavanaugh Blvd Little Rock, AR 72207** | | **Undisclosed Loan to First Capital Hobbs, LLC** | **Contingent Disputed** | **$5,895,511.25** | **$0.00** | **$5,895,511.25** |
| **Heartland Bank 5100 Kavanaugh Blvd Little Rock, AR 72207** | | **Undisclosed Loan to First Capital Jourdanton, LLC** | **Contingent Disputed** | **$5,038,500.00** | **$0.00** | **$5,038,500.00** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **First Capital Retail, LLC** | | Case number *(if known)* | **2017-26125** |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Heartland Bank 5100 Kavanaugh Blvd Little Rock, AR 72207** | | **Undisclosed Loan to First Capital Victoria, LLC** | **Contingent Disputed** | **$4,394,227.15** | **$0.00** | **$4,394,227.15** |
| **iKahn Capital, LLC 160 Pearl Street New York, NY 10005** | | **All personal property under section 697.530 of the CCP** | **Disputed** | **$101,485.00** | **$0.00** | **$101,485.00** |
| **Macerich Vintage Faire, LP 401 Wilshire Blvd., Suite 700 Santa Monica, CA 90401** | | **Past Due Rent Lease Agreement Cinnabon #168 431 Vintage Faire Mall, Modesto, CA 95350** | | | | **$156,305.41** |
| **Star-West Solano Mall, LLC 1350 Travis Blvd. Fairfield, CA 94533** | | **Past Due Rent Lease Agreement Cinnabon #94 1350 Travis Blvd., Fairfield, CA 94533** | | | | **$127,499.00** |
| **World Global Financing, Inc. 141 North East, 3rd Avenue Miami, FL 33132** | | **All personal property under section 697.530 of the CCP** | **Disputed** | **$116,486.00** | **$0.00** | **$116,486.00** |
| **Yellowstone Capital West, LLC 30 Broad Street, 14th Floor New York, NY 10004** | | **All personal property under section 697.530 of the CCP** | **Disputed** | **$354,137.49** | **$0.00** | **$354,137.49** |

**Fill in this information to identify the case:**

Debtor name    **First Capital Retail, LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF CALIFORNIA

Case number (if known)    **2017-26125**

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     12/15

| Part 1: | Summary of Assets |
| --- | --- |

1.   *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*.................................................................    $       **0.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*.............................................................    $       **564,804.44**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*...............................................................    $       **564,804.44**

| Part 2: | Summary of Liabilities |
| --- | --- |

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*..................................    $       **18,151,571.36**

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*.............................................    $       **171,144.62**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................    +$       **4,788,786.54**

4.   Total liabilities ...........................................................................
    Lines 2 + 3a + 3b                   $       **23,111,502.52**

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **First Capital Retail, LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF CALIFORNIA

Case number (if known)    **2017-26125**

☐ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**    **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Bank of America, N.A.** **Operating Account** | **Business Checking** | **0188** | $0.00 |
| 3.2. | **Bank of America, N.A.** **Deposits Account** | **Business Checking** | **0191** | $48,277.05 |
| 3.3. | **Bank of America, N.A.** **Payroll Account** | **Business Checking** | **0405** | $15,207.61 |
| 3.4. | **JPMorgan Chase Bank, N.A.** **Account negative** | **Business Checking** | **0562** | $0.00 |
| 3.5. | **JPMorgan Chase Bank, N.A.** **Account negative** | **Business Checking** | **1727** | $0.00 |
| 3.6. | **JPMorgan Chase Bank, N.A.** **Account negative** | **Business Checking** | **3187** | $0.00 |
| 3.7. | **JPMorgan Chase Bank, N.A.** **Account negative** | **Business Checking** | **0695** | $0.00 |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **First Capital Retail, LLC** | | Case number *(If known)* **2017-26125** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.8. | **JPMorgan Chase Bank, N.A.** | **Business Checking** | **1396** | **$0.00** |

| | | | |
|---|---|---|---|
| 3.9. | **JPMorgan Chase Bank, N.A.** | **Business Checking** | **2287** | **$0.00** |

| | | | |
|---|---|---|---|
| 3.10. | **First Data, merchant account operator, holding $214,932.33 on behalf of MCA Recovery LLC, collector for Yellowstone Capital West LLC. First Data was served Information Subpoena with Restraining Notice on August 2, 2017. Between August 2, 2017 through September 8, 2017, First Data captured and is currently holding this balance in their account.**<br><br>**Both the Debtor and MCA Recovery LLC claim ownership interest in these funds. Debtor anticipates in adjudicating this issue to determine proper dispersal of the funds.** | **Merchant Account** | | **$214,932.33** |

4.      **Other cash equivalents** *(Identify all)*

5.      **Total of Part 1.**

        Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| | |
|---|---|
| | **$278,416.99** |

**Part 2:**    **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☑ Yes Fill in the information below.

7.      **Deposits, including security deposits and utility deposits**
        Description, including name of holder of deposit

| | | |
|---|---|---|
| 7.1. | **Commerical Lease Security Deposits** | **$54,500.00** |

| | | |
|---|---|---|
| 7.2. | **Commercial Utility Deposits** | **$18,221.37** |

8.      **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
        Description, including name of holder of prepayment

9.      **Total of Part 2.**

        Add lines 7 through 8. Copy the total to line 81.

| | |
|---|---|
| | **$72,721.37** |

**Part 3:**    **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

   ☐ No. Go to Part 4.

Debtor **First Capital Retail, LLC**    Case number *(If known)* **2017-26125**
　　　　　Name

■ Yes Fill in the information below.

11.　**Accounts receivable**

11a. 90 days old or less: **28,333.29** - **0.00** = .... **$28,333.29**
　　　　　　　　　　　　face amount　　　　　doubtful or uncollectible accounts

12.　**Total of Part 3.**

Current value on lines 11a + 11b = line 12.  Copy the total to line 82. | **$28,333.29**

| Part 4: | **Investments** |

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | **Inventory, excluding agriculture assets** |

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.　**Raw materials** **Food Inventory (As of 8/31/2017)** | | **$0.00** | | **$57,994.00** |
| 20.　**Work in progress** | | | | |
| 21.　**Finished goods, including goods held for resale** | | | | |
| 22.　**Other inventory or supplies** **Paper Products Inventory (As of 8/31/2017)** | | **$0.00** | | **$21,844.00** |
| 　　　**Janitorial Inventory (As of 8/31/2017)** | | **$0.00** | | **$3,733.00** |

23.　**Total of Part 5.** | **$83,571.00**

Add lines 19 through 22.  Copy the total to line 84.

24.　**Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

25.　**Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

26.　**Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No

Debtor　**First Capital Retail, LLC**　　　　　　Case number *(If known)* **2017-26125**
　　　　　Name

☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** **Office machinery and equipment.** | | | |
| See "Attachment A" for detailed list. | $0.00 | N/A | $101,761.79 |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86.

| $101,761.79 |
|---|

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No. Go to Part 9.
☐ Yes Fill in the information below.

| Part 9: | Real property |
|---|---|

**54. Does the debtor own or lease any real property?**

■ No. Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com　　　　　　Best Case Bankruptcy

| Debtor | **First Capital Retail, LLC** | Case number *(If known)* **2017-26125** |
| --- | --- | --- |
| | Name | |

☐ No. Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| 60. | **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. | **Internet domain names and websites** | | | |
| 62. | **Licenses, franchises, and royalties** | | | |
| | **Business License** **Cinnabon #15** **Address: 5192 Montclair Plaza Lane, Montclair, CA 91763** **License No. 8392** | **$0.00** | **N/A** | **$0.00** |
| | **Business License** **Cinnabon #36** **Address: 9301 Tampa Avenue, Unit 108, Northridge , CA 91324** **License No. 3419** | **$0.00** | **N/A** | **$0.00** |
| | **Business License** **Cinnabon #80** **Address: 1689 Arden Way, Unit 2002, Sacramento, CA 95815** **License No. 2279** | **$0.00** | **N/A** | **$0.00** |
| | **Business License** **Cinnabon #87** **Address: 1341 Galleria At Tyler, Riverside, CA 92503** **License No. 8460** | **$0.00** | **N/A** | **$0.00** |
| | **Business License** **Cinnabon #94** **Address: 1350 Travis Blvd., Fairfield, CA 94533** **License No. 0733** | **$0.00** | **N/A** | **$0.00** |
| | **Business License** **Cinnabon #102** **Address: 22500 Town Circle, Suite 1111, Moreno Valley, CA 92553** **License No.** | **$0.00** | **N/A** | **$0.00** |
| | **Business License** **Cinnabon #124** **Address: 2136 Town Center Drive, BU-16, Montebello, CA 90640** **License No. 1433** | **$0.00** | **N/A** | **$0.00** |

| Debtor | **First Capital Retail, LLC** | Case number *(If known)* **2017-26125** |
|---|---|---|
| | Name | |

| | | | |
|---|---|---|---|
| **Business License**<br>Cinnabon #125<br>Address: 446 Northridge Shopping Center,<br>Salinas, CA 93906<br>License No. | **$0.00** | N/A | **$0.00** |
| **Business License**<br>Cinnabon #168<br>Address: 3401 Dale Road, Suite 483, Modesto,<br>CA 95356<br>License No. 6675 | **$0.00** | N/A | **$0.00** |
| **Business License**<br>Cinnabon #171<br>Address: 925 Blossom Hill Road, Suite 1115,<br>San Jose, CA 95123<br>License No. 4602 | **$0.00** | N/A | **$0.00** |
| **Business License**<br>Cinnabon #260<br>Address: 1066 Santa Rosa Plaza, Santa Rosa,<br>CA 95401<br>License No. 6263 | **$0.00** | N/A | **$0.00** |
| **Business License**<br>Cinnabon #348<br>Address: 3451 S Dogwood Road, El Centro,<br>CA 92243<br>License No. 5967 | **$0.00** | N/A | **$0.00** |
| **Business License**<br>Cinnabon #636<br>Address: 6144 Sunrise Mall, FC-1, Citrus<br>Heights, CA 95610<br>License No. 7789 | **$0.00** | N/A | **$0.00** |
| **Business License**<br>Cinnabon #904<br>Address: 100 Universal City Plaza, Unit H103,<br>Universal City, CA 91608<br>License No. 0013 | **$0.00** | N/A | **$0.00** |

63.     **Customer lists, mailing lists, or other compilations**

64.     **Other intangibles, or intellectual property**

65.     **Goodwill**

66.     **Total of Part 10.**

        Add lines 60 through 65. Copy the total to line 89.

                                                       **$0.00**

67.     **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
     ■ No
     ☐ Yes

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                             Best Case Bankruptcy

| Debtor | **First Capital Retail, LLC** | Case number *(If known)* **2017-26125** |
|---|---|---|
| | Name | |

**68.**    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

    ■ No
    ☐ Yes

**69.**    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

    ■ No
    ☐ Yes

**Part 11:**    **All other assets**

**70. Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☐ No. Go to Part 12.
    ■ Yes Fill in the information below.

|  | Current value of debtor's interest |
|---|---|
| **71.**   **Notes receivable**<br>Description (include name of obligor) | |
| **72.**   **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| **73.**   **Interests in insurance policies or annuities**<br>**Technology Insurance Company, Inc.**<br>**Worker's Compensation Insurance and Employer's**<br>**Liability Insurance**<br>**Policy No. 3373** | **$0.00** |
| **Travelers Casualty Insurance Company of America**<br>**General Liability Insurance**<br>**Policy No. 1919-17-42** | **$0.00** |
| **74.**   **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| **75.**   **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**<br>**Anticipated Cause of Action: First Capital Retail, LLC, Rameshwar Prasad v. Suneet Singal, First Capital Real Estate Investments, LLC, First Capital Management, FIrst Capital Partners, First Capital Builders ("Defedants")**<br>**Potential claims against Defendants for fraudulent loans taken against Debtor after sale to new owner. Loans include multiple receivable loans estimated over $1 million and undisclosed guarantor against Heartland Bank loans estimated at $15.2 million** | **Unknown** |

| Nature of claim | **Civil, Criminal** |
|---|---|
| Amount requested | **$0.00** |

**76.**   **Trusts, equitable or future interests in property**

**77.**   **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

Debtor　**First Capital Retail, LLC**　　　　　　　　Case number *(If known)*　**2017-26125**
　　　　　Name

78.　**Total of Part 11.**

　　　Add lines 71 through 77. Copy the total to line 90.

|  |
| --- |
| **$0.00** |

79.　**Has any of the property listed in Part 11 been appraised by a professional within the last year?**

　■ No
　☐ Yes

| Debtor | **First Capital Retail, LLC** | Case number *(if known)* **2017-26125** |
|---|---|---|
| | Name | |

<span style="background:black;color:white">Part 12:</span> **Summary**

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $278,416.99 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $72,721.37 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $28,333.29 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $83,571.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $101,761.79 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*...............................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $564,804.44 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $564,804.44 |

Sheet1

Attachment A

Office Machinery & Equipment

| Item | Original Cost | Purchased | Market Value |
|---|---|---|---|
| Office Copier | $4,117.58 | 10/01/15 | $2,470.55 |
| POS | $96,026.48 | 02/24/16 | $57,615.89 |
| Proofer-Arden | $2,443.78 | 03/30/16 | $1,466.27 |
| Freezer-Universal | $3,682.35 | 05/04/16 | $2,209.41 |
| Proofer-Vintage | $2,426.94 | 05/09/16 | $1,456.16 |
| Ovens-Vintage | $13,284.43 | 05/19/16 | $7,970.66 |
| Refrigerator-Moreno | $1,663.42 | 05/28/16 | $998.05 |
| Ipad | $2,032.32 | 06/30/16 | $1,219.39 |
| Computer | $1,073.05 | 07/11/16 | $643.83 |
| Dough Sheeter-Northridge | $4,033.07 | 07/15/16 | $2,419.84 |
| Proofer-Salinas | $3,065.62 | 08/05/16 | $1,839.37 |
| PO | $903.72 | 09/21/16 | $542.23 |
| Freezer-Tyler | $3,954.52 | 10/31/16 | $2,372.71 |
| Ice Machine-Montebello | $1,220.40 | 10/31/16 | $732.24 |
| Ince Machine-Northridge | $3,611.18 | 11/10/16 | $2,166.71 |
| Ice Machine-Salinas | $1,795.92 | 11/11/16 | $1,077.55 |
| Refrigerator-Vintage | $3,483.92 | 11/11/16 | $2,090.35 |
| Proofer-Santa Rosa | $3,097.09 | 12/01/16 | $1,858.25 |
| Computer | $3,558.70 | 01/20/17 | $2,846.96 |
| Computer | $2,045.74 | 04/28/17 | $1,636.59 |
| Proofer-Northridge | $2,647.68 | 04/26/17 | $2,118.14 |
| Computer | $2,296.39 | 06/14/17 | $1,837.11 |
| Computer | $2,716.89 | 07/23/17 | $2,173.51 |
| Total | 165,181.19 | | $101,761.79 |

| Fill in this information to identify the case: |
|---|
| Debtor name **First Capital Retail, LLC** |
| United States Bankruptcy Court for the: EASTERN DISTRICT OF CALIFORNIA |
| Case number (if known) **2017-26125** |

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:      List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A | Column B |
|---|---|---|
| | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

| 2.1 | **Byline Bank** | Describe debtor's property that is subject to a lien | $1,999,732.36 | $48,277.05 |
|---|---|---|---|---|

**Byline Bank**
Creditor's Name

**180 N Lasalle Street**
**Chicago, IL 60601**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**All personal property under section 697.530 of the CCP**

Describe the lien
**UCC-1**

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☐ No
■ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**
**1/28/2016**

**Last 4 digits of account number**
**3908**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| 2.2 | **Byline Bank** | | $171,786.91 | $0.00 |
|---|---|---|---|---|

**Byline Bank**
Creditor's Name

**180 N Lasalle Street**
**Chicago, IL 60601**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**All personal property under section 697.530 of the CCP**

Describe the lien
**UCC-1**

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☐ No
■ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**
**1/28/2016**

**Last 4 digits of account number**
**3908**

**Do multiple creditors have an interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

| Debtor | **First Capital Retail, LLC** | | Case number (if know) | **2017-26125** |
|---|---|---|---|---|
| | Name | | | |

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Corporation Service Company** | | | |
|---|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**
**All personal property under section 697.530 of the CCP**

**$0.00**          **$0.00**

**P.O. Box 2576**
**Springfield, IL 62708**

Creditor's mailing address

**Describe the lien**
**UCC-1**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**5/19/2017**

**Last 4 digits of account number**
**5281**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.4 | **Corporation Service Company** | | | |
|---|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**
**All personal property under section 697.530 of the CCP**

**$0.00**          **$0.00**

**P.O. Box 2576**
**Springfield, IL 62708**

Creditor's mailing address

**Describe the lien**
**UCC-1**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**7/21/2017**

**Last 4 digits of account number**
**0900**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.5 | **Heartland Bank** | | | |
|---|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**
**Undisclosed Loan to First Capital Hobbs, LLC**

**$5,895,511.25**          **$0.00**

**5100 Kavanaugh Blvd**
**Little Rock, AR 72207**

Creditor's mailing address

**Describe the lien**

---

Debtor **First Capital Retail, LLC**          Case number (if know) **2017-26125**
Name

Creditor's email address, if known

**Date debt was incurred**
**12/30/2015**

**Last 4 digits of account number**
**2033**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
■ Contingent
☐ Unliquidated
■ Disputed

---

| 2.6 | **Heartland Bank** | Describe debtor's property that is subject to a lien | $5,038,500.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**5100 Kavanaugh Blvd**
**Little Rock, AR 72207**

Creditor's mailing address

Describe debtor's property that is subject to a lien
**Undisclosed Loan to First Capital Jourdanton, LLC**

**Describe the lien**

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**2068**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Is the creditor an insider or related party**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
■ Contingent
☐ Unliquidated
■ Disputed

---

| 2.7 | **Heartland Bank** | Describe debtor's property that is subject to a lien | $4,394,227.15 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**5100 Kavanaugh Blvd**
**Little Rock, AR 72207**

Creditor's mailing address

Describe debtor's property that is subject to a lien
**Undisclosed Loan to First Capital Victoria, LLC**

**Describe the lien**

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**2041**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
■ Contingent
☐ Unliquidated
■ Disputed

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 3 of 7

| Debtor | **First Capital Retail, LLC** | Case number (if know) | **2017-26125** |
|---|---|---|---|
| | Name | | |

---

| 2.8 | **iKahn Capital, LLC** | | **Describe debtor's property that is subject to a lien** | **$101,485.00** | **$0.00** |
|---|---|---|---|---|---|

Creditor's Name

**160 Pearl Street
New York, NY 10005**

Creditor's mailing address

**All personal property under section 697.530 of the CCP**

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.9 | **ML Factors Funding, LLC** | | **Describe debtor's property that is subject to a lien** | **$0.00** | **$0.00** |
|---|---|---|---|---|---|

Creditor's Name

**428 Central Avenue
Cedarhurst, NY 11516**

Creditor's mailing address

**Disputed Claim**

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.10 | **Pacific Rim Contractors, Inc.** | | **Describe debtor's property that is subject to a lien** | **$39,655.20** | **$0.00** |
|---|---|---|---|---|---|

Creditor's Name

**1315 E. Saint Andrew Place, Unit B
Santa Ana, CA 92705**

Creditor's mailing address

**Pending construction for the Century City Cinnabon and Auntie Anne's.**

**Describe the lien**
**Mechanic's Lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

---

Debtor  **First Capital Retail, LLC**                    Case number (if know)  **2017-26125**
        Name

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

**2.1 1**  **U.S. Small Business Administration**
Creditor's Name

**Legal Division District Office**
**6501 Sylvan Road, Suite 100**
**Citrus Heights, CA 95610**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**
**Notice Only**                                    $0.00          $0.00

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

**2.1 2**  **US Capital Partners, Inc.**
Creditor's Name

**555 Montgomery Street, Suite 1501**
**San Francisco, CA 94111**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**2/1/2016**
**Last 4 digits of account number**
**4133**

**Describe debtor's property that is subject to a lien**
**Accounts, chattel paper, commercial tort claims, and all accounts.**       $0.00          $0.00

**Describe the lien**
**UCC-1**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

**2.1 3**  **US Capital Partners, Inc.**          **Describe debtor's property that is subject to a lien**          $0.00          $0.00

---

Debtor **First Capital Retail, LLC**
Name

Case number (if know) **2017-26125**

Creditor's Name

**555 Montgomery Street,
Suite 1501
San Francisco, CA 94111**
Creditor's mailing address

**All assets not owned or hereinafter acquired
and wherever located.**

**Describe the lien**
**UCC-1**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**
**11/19/2015**
**Last 4 digits of account number**
**9418**
**Do multiple creditors have an
interest in the same property?**

☑ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 4 | **World Global Financing, Inc.**
Creditor's Name | **Describe debtor's property that is subject to a lien**
**All personal property under section 697.530 of the CCP** | $116,486.00 | $0.00 |

**141 North East, 3rd Avenue
Miami, FL 33132**
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**4806**
**Do multiple creditors have an
interest in the same property?**

☑ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☑ Disputed

---

| 2.1 5 | **World Global Financing, Inc.**
Creditor's Name | **Describe debtor's property that is subject to a lien**
**All personal property under section 697.530 of the CCP** | $40,050.00 | $0.00 |

**141 North East, 3rd Avenue
Miami, FL 33132**
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**
**2017**
**Last 4 digits of account number**
**4813**

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **First Capital Retail, LLC** | | Case number (if know) | **2017-26125** |
|---|---|---|---|---|
| | Name | | | |

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ■ Disputed |

| 2.1 6 | **Yellowstone Capital West, LLC** | **Describe debtor's property that is subject to a lien** | $354,137.49 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | **All personal property under section 697.530 of the CCP** | | |
| | **30 Broad Street, 14th Floor New York, NY 10004** | | | |
| | Creditor's mailing address | **Describe the lien** | | |
| | | | | |
| | | **Is the creditor an insider or related party?** | | |
| | | ■ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | **Is anyone else liable on this claim?** | | |
| | **Date debt was incurred** | ☐ No | | |
| | | ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ■ Disputed |

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $18,151,571.36 |
|---|---|---|

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Byline Bank** **10 N. Martingale Road, Suite 100** **Schaumburg, IL 60173** | Line __2.1__ | |
| **Byline Bank** **10 N. Martingale Road, Suite 100** **Schaumburg, IL 60173** | Line __2.2__ | |
| **Jackson Walker, LLP** **777 Main Street, Suite 2100** **Fort Worth, TX 76102** | Line __2.5__ | |
| **MCA Recovery** **Attn: Renata Bukhman** **17 State Street, Suite 4000** **New York, NY 10004** | Line __2.16__ | |

**Fill in this information to identify the case:**

Debtor name    **First Capital Retail, LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF CALIFORNIA

Case number (if known)    **2017-26125**

☐ Check if this is an amended filing

# Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
    ☐ No. Go to Part 2.
    ■ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
    with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|     |                                                                                      |                                                                                           | Total claim   | Priority amount |
|-----|--------------------------------------------------------------------------------------|-------------------------------------------------------------------------------------------|---------------|-----------------|
| 2.1 | Priority creditor's name and mailing address **California State Board of Equalization Account Information Group MIC 29 P.O. Box 942879 Sacramento, CA 94279** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$121,243.00** | **$121,243.00** |
|     | Date or dates debt was incurred **2015-2017** | Basis for the claim: |  |  |
|     | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset? ■ No ☐ Yes |  |  |
| 2.2 | Priority creditor's name and mailing address **Employment Development Department Bankruptcy Special Procedures Group P.O. Box 826880 MIC 92E Sacramento, CA 94280** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** | **$0.00** |
|     | Date or dates debt was incurred | Basis for the claim: **Notice Only** |  |  |
|     | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset? ■ No ☐ Yes |  |  |

| Debtor | **First Capital Retail, LLC** | Case number (if known) | **2017-26125** |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$48,701.62** | **$0.00** |
|---|---|---|---|---|

**Franchise Tax Board**
**Bankruptcy Section, MS A-340**
**P.O. Box 2952**
**Sacramento, CA 95812**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Estimated:**
**2015 -$16,631.92**
**2016 - $17,342.75**
**2017- $14,726.95**

**2015-2017**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,200.00** | **$1,200.00** |
|---|---|---|---|---|

**Internal Revenue Service**
**P.O. Box 7346**
**Philadelphia, PA 19101**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2014 - 2017**

Basis for the claim:
**Form 941**

Last 4 digits of account number **4283**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | **Amount of claim** |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$52,151.32** |
|---|---|---|---|

**2250 Town Circle Holdings, LLC**
**7501 Wisconsin Avenue, Suite 500 W**
**Bethesda, MD 20814**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Past Due Rent Lease Agreement**
**Cinnabon #458**
**22500 Town Center, Suite 1111, Moreno Valley, CA 92553**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$31,480.76** |
|---|---|---|---|

**5060 Montclair Plaza Lane Owner, LLC**
**4700 Wilshire Blvd.**
**Los Angeles, CA 90010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Past Due Rent Lease Agreement**
**Cinnabon #15**
**5192 Montclair Plaza, Montclair, CA 91763**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,180.00** |
|---|---|---|---|

**Accountemps**
**P.O. Box 743295**
**Los Angeles, CA 90074-3295**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **09/2017**

Basis for the claim:   **Services**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

Debtor **First Capital Retail, LLC**
Name

Case number (if known) **2017-26125**

---

**3.4** | **Nonpriority creditor's name and mailing address**
**Air Conditioning Mechanical**
P.O. Box 3427
Whittier, CA 90605

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.                          $1,527.43
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Services**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.5** | **Nonpriority creditor's name and mailing address**
**Air Unlimited**
206 Salinas Road
Watsonville, CA 95076

Date(s) debt was incurred  **2017**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.                          $158.79
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Services**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.6** | **Nonpriority creditor's name and mailing address**
**Airgas**
6790 Florin Perkins Road #300
Sacramento, CA 95828-1812

Date(s) debt was incurred  **2017**

Last 4 digits of account number  **4967**

**As of the petition filing date, the claim is:** Check all that apply.                          $1,661.48
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Services**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.7** | **Nonpriority creditor's name and mailing address**
**Alsco**
3231 S. Florence Ln.
Yuma, AZ 85365

Date(s) debt was incurred  **2017**

Last 4 digits of account number  **2550**

**As of the petition filing date, the claim is:** Check all that apply.                          $107.35
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Services**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.8** | **Nonpriority creditor's name and mailing address**
**Alvarez Plumbing**
365 Victor Street, Suite D
Salinas, CA 93907

Date(s) debt was incurred  **2017**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.                          $160.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.9** | **Nonpriority creditor's name and mailing address**
**Arden Fair Associates, L.P.**
1689 Arden Way, Suite 1167
Sacramento, CA 95815

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.                          $18,652.67
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Past Due Rent Lease Agreement**
**Cinnabon #80**
**1689 Arden Way, Suite 2002, Sacramento, CA 95815**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.10** | **Nonpriority creditor's name and mailing address**
**AT&T**
PO Box 5025
Carol Stream, IL 60197-5025

Date(s) debt was incurred  **2017**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.                          $2,941.04
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Services (phone, internet)**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

Debtor   **First Capital Retail, LLC**     Case number (if known)   **2017-26125**

Name

---

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$518.78** |
|---|---|---|---|

**Better Beverages Inc**
PO Box 1399
Bellflower, CA 90707-1399

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  2017

**Basis for the claim:**  Goods

**Last 4 digits of account number**  1295

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$395.85** |
|---|---|---|---|

**Boston Barricade Company, Inc.**
1151 19th Street
Vero Beach, FL 32960

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  2017

**Basis for the claim:**  Graphics Removal

**Last 4 digits of account number**  4643

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$19.25** |
|---|---|---|---|

**Carbonic Service, Inc.**
1920 De La Cruz Blvd
Santa Clara, CA 95050

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  09/2017

**Basis for the claim:**  Services

**Last 4 digits of account number**  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$118,802.63** |
|---|---|---|---|

**Century City Mall, LLC**
2049 Century Park East, 41st Floor
Los Angeles, CA 90067

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  _

**Basis for the claim:**  Past Due Rent Lease Agreement
Auntie Anne's
10250 Santa Monica Blvd., #2760
Los Angeles, CA 90067

**Last 4 digits of account number**  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$105,876.96** |
|---|---|---|---|

**Century City Mall, LLC**
2049 Century Park East, 41st Floor
Los Angeles, CA 90067

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  _

**Basis for the claim:**  Past Due Rent Lease Agreement
Cinnabon #101916
10250 Santa Monica Blvd., #2765
Los Angeles, CA 90067

**Last 4 digits of account number**  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$15,122.42** |
|---|---|---|---|

**Cinnabon Franchisor SPV, LLC**
P.O. Box 951286
Dallas, TX 75395

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  _

**Basis for the claim:**  Unpaid Royalty
Cinnabon #15
5192 Montclair Plaza, Montclair, CA 91763

**Last 4 digits of account number**  _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **First Capital Retail, LLC**
_____          Case number (if known)  **2017-26125**
Name

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $27,030.74 |

**3.17**

**Nonpriority creditor's name and mailing address**
**Cinnabon Franchisor SPV, LLC**
**P.O. Box 951286**
**Dallas, TX 75395**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                     **$27,030.74**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unpaid Royalty**
**Cinnabon #36**
**9301 Tampa Avenue, Suite 108, Northridge, CA 91324**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.18**

**Nonpriority creditor's name and mailing address**
**Cinnabon Franchisor SPV, LLC**
**P.O. Box 951286**
**Dallas, TX 75395**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                     **$29,212.28**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unpaid Royalty**
**Cinnabon #80**
**1689 Arden Way, Suite 2002, Sacramento, CA 95815**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.19**

**Nonpriority creditor's name and mailing address**
**Cinnabon Franchisor SPV, LLC**
**P.O. Box 951286**
**Dallas, TX 75395**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                     **$8,297.19**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unpaid Royalty**
**Cinnabon #87**
**1341 Galleria @ Tyler E-21, Riverside, CA 92503**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.20**

**Nonpriority creditor's name and mailing address**
**Cinnabon Franchisor SPV, LLC**
**P.O. Box 951286**
**Dallas, TX 75395**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                     **$20,356.47**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unpaid Royalty**
**Cinnabon #94**
**1350 Travis Blvd., Fairfield, CA 94533**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.21**

**Nonpriority creditor's name and mailing address**
**Cinnabon Franchisor SPV, LLC**
**P.O. Box 951286**
**Dallas, TX 75395**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                     **$28,924.45**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unpaid Royalty**
**Cinnabon #124**
**2136 Montebello Town Center, BU-16, Montebello, CA 90640**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.22**

**Nonpriority creditor's name and mailing address**
**Cinnabon Franchisor SPV, LLC**
**P.O. Box 951286**
**Dallas, TX 75395**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                     **$18,162.31**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unpaid Royalty**
**Cinnabon #125**
**446 Northridge Mall, Salinas, CA 93906**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | **First Capital Retail, LLC** | Case number (if known) | **2017-26125** |
|---|---|---|---|
| | Name | | |

---

**3.23** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$22,436.90**

Cinnabon Franchisor SPV, LLC
P.O. Box 951286
Dallas, TX 75395

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Unpaid Royalty**
**Cinnabon #168**
**431 Vintage Faire Mall, Modesto, CA 95350**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.24** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12,486.24**

Cinnabon Franchisor SPV, LLC
P.O. Box 951286
Dallas, TX 75395

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Unpaid Royalty**
**Cinnabon #171**
**925 Blossom Hill Road, Suite 1115, San Jose, CA 95123**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.25** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$20,723.32**

Cinnabon Franchisor SPV, LLC
P.O. Box 951286
Dallas, TX 75395

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Unpaid Royalty**
**Cinnabon #260**
**1066 Santa Rosa Plaza, Santa Rosa, CA 95401**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.26** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$13,259.92**

Cinnabon Franchisor SPV, LLC
P.O. Box 951286
Dallas, TX 75395

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Unpaid Royalty**
**Cinnabon #348**
**3451 South Dogwood Avenue, El Centro, CA 92243**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.27** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$11,190.09**

Cinnabon Franchisor SPV, LLC
P.O. Box 951286
Dallas, TX 75395

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Unpaid Royalty**
**Cinnabon #102**
**22500 Town Center, Suite 1111, Moreno Valley, CA 92553**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.28** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,740.42**

Cinnabon Franchisor SPV, LLC
P.O. Box 951286
Dallas, TX 75395

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Unpaid Royalty**
**Cinnabon #636**
**6041 Sunrise Mall, Citrus Heights, CA 95610**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **First Capital Retail, LLC**          Case number (if known)  **2017-26125**
_____
Name

| | |
|---|---|
| **3.29** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. **$27,158.97** |

**3.29** Nonpriority creditor's name and mailing address
**Cinnabon Franchisor SPV, LLC**
**P.O. Box 951286**
**Dallas, TX 75395**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.          **$27,158.97**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unpaid Royalty**
**Cinnabon #9904**
**1000 Universal City Plaza, Universal City, CA 91608**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.30** Nonpriority creditor's name and mailing address
**City of LA Dept of Public Works**
**Public Works Sanitation**
**P.O. Box 30749**
**Los Angeles, CA 90030-0749**

Date(s) debt was incurred  **2017**

Last 4 digits of account number  **1969**

As of the petition filing date, the claim is: Check all that apply.          **$97.50**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utility Fee**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.31** Nonpriority creditor's name and mailing address
**City of Modesto**
**PO Box 3442**
**Modesto, CA 95353-3442**

Date(s) debt was incurred  **2017**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.          **$14.91**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.32** Nonpriority creditor's name and mailing address
**City of Montclair**
**PO Box 2308**
**Montclair, CA 91763**

Date(s) debt was incurred  **2017**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.          **$199.10**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.33** Nonpriority creditor's name and mailing address
**Clinton Zimmermann**
**1406 S Del Mar Ave**
**San Gabriel, CA 91776**

Date(s) debt was incurred  **2017**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.          **$200.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unsecured Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.34** Nonpriority creditor's name and mailing address
**Consolidated Coms (#636)**
**PO Box 66523**
**Saint Louis, MO 63166-6523**

Date(s) debt was incurred  **2017**

Last 4 digits of account number  **4870**

As of the petition filing date, the claim is: Check all that apply.          **$248.25**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.35** Nonpriority creditor's name and mailing address
**County of Los Angeles Public Health**
**Environmental Health Division**
**5050 Commerce Drive**
**Baldwin Park, CA 91706**

Date(s) debt was incurred  **2017**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.          **$255.69**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **First Capital Retail, LLC** | Case number (if known) | **2017-26125** |
|---|---|---|---|
| | Name | | |

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,440.00** |
|---|---|---|---|

**County of Riverside Dept of Env Hlth**
**Department of Environmental Health**
P.O. Box 7909
Riverside, CA 92513-7909

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2017__

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,097.00** |
|---|---|---|---|

**County of Sacramento Envr. Mgmt.**
**10590 Armstrong Avenue**
**Mather, CA 95655-4153**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2017__

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,428.75** |
|---|---|---|---|

**County of Santa Clara Dept of Env Hlth**
**1555 Berger Drive, Suite 300**
**San Jose, CA 95112-2716**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2017__

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$940.10** |
|---|---|---|---|

**D & P Creamery 636/80**
**7 Taylor Street**
**Roseville, CA 95678**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2017__

Basis for the claim: __Goods__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$32,495.23** |
|---|---|---|---|

**Emi Santa Rosa Limited Partnership**
**305 E. 47th Street**
**3 Dag Hammarskjold Plaza**
**New York, NY 10017**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Past Due Rent Lease Agreement__
__Cinnabon #260__
__1066 Santa Rosa Plaza, Santa Rosa, CA 95401__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$150.00** |
|---|---|---|---|

**Encore Oils c/o SeQuential**
**PO Box 10027**
**Eugene, OR 97440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$203,602.25** |
|---|---|---|---|

**ESBF California, LLC**
**5 West 37th Street, 2nd Floor**
**New York, NY 10018**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: __Disputed Claim__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | **First Capital Retail, LLC** | Case number (if known) | **2017-26125** |
|---|---|---|---|
| | Name | | |

**3.43** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,750.20**

**Filter Pure Systems, Inc.**
**5405 Boran Place**
**Tampa, FL 33610**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2017**

Basis for the claim: **Services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.44** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$74,715.33**

**First Capital Investment Corp**
**1560 Wilson Blvd. Suite 450**
**Arlington, VA 22209**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.45** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,500,000.00**

**First Capital Investment Corp**
**1560 Wilson Blvd. Suite 450**
**Arlington, VA 22209**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred **2017**

Basis for the claim: **Related to expansion capital**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ■ Yes

---

**3.46** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,500,000.00**

**First Capital Investment Corp**
**1560 Wilson Blvd. Suite 450**
**Arlington, VA 22209**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred **2017**

Basis for the claim: **Related to expansion capital**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ■ Yes

---

**3.47** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$13,733.09**

**First Capital Management**
**275 Hill St., Third Floor**
**Reno, NV 89501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.48** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**First Data**
**265 Broadhollow Road**
**Melville, NY 11747**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Potential claim for litigation of funds held by First Data on behalf of MCA Recovery LLC**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.49** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$537.27**

**Flue Steam**
**5734 Bankfield Ave**
**Culver City, CA 90230-6302**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2017**

Basis for the claim: **Services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **First Capital Retail, LLC**                    Case number (if known)   **2017-26125**
         Name

| | | |
|---|---|---|
| 3.50 | **Nonpriority creditor's name and mailing address**<br>**Frontier Communications**<br>**PO Box 740407**<br>**Cincinnati, OH 45274-0407** | **$208.55** |

**Date(s) debt was incurred** _

**Last 4 digits of account number**  **4155** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Services** _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.51 | **Nonpriority creditor's name and mailing address**<br>**GGP Northridge Fashion Center, LP**<br>**110 North Wacker Drive**<br>**Chicago, IL 60606** | **$53,531.96** |

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Past Due Rent Lease Agreement**
**Cinnabon #87**
**1341 Galleria @ Tyler E-21, Riverside, CA 92503**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.52 | **Nonpriority creditor's name and mailing address**<br>**Global Merchant Cash, Inc.**<br>**30 Broad Street, Floor 14**<br>**New York, NY 10004** | **$145,214.87** |

**Date(s) debt was incurred**  **2017** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**  **Disputed Claim** _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.53 | **Nonpriority creditor's name and mailing address**<br>**Gordon B. Ford Treasurer**<br>**Stanislaus County Tax Collector**<br>**PO Box 859**<br>**Modesto, CA 95353** | **$639.58** |

**Date(s) debt was incurred**  **2017** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.54 | **Nonpriority creditor's name and mailing address**<br>**Granite Bay Golf Club**<br>**9600 Golf Club Drive**<br>**Granite Bay, CA 95746** | **$7,223.56** |

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.55 | **Nonpriority creditor's name and mailing address**<br>**Grease Trap Cleaners**<br>**673 Royston Lane, Unit #236**<br>**Hayward, CA 94544** | **$796.00** |

**Date(s) debt was incurred**  **2017** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Services** _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.56 | **Nonpriority creditor's name and mailing address**<br>**IAC Funding Source, LLC**<br>**c/o Israel Weinstein, Esq.**<br>**Law Office of Israel D. Weinstein, P.C.**<br>**68-15 Main Street, 1st Floor**<br>**Flushing, NY 11367** | **$30,810.16** |

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**  **Disputed Claim** _

Is the claim subject to offset? ☒ No  ☐ Yes

---

Debtor    **First Capital Retail, LLC**      Case number (if known)    **2017-26125**

Name

| | | |
|---|---|---|
| **3.57** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply.    **$2,490.85** |

**3.57** Nonpriority creditor's name and mailing address

**Imperial County Tax Collector**
**940 West Main Street #106**
**El Centro, CA 92243**

Date(s) debt was incurred   **2017**

Last 4 digits of account number   _

As of the petition filing date, the claim is: Check all that apply.    **$2,490.85**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.58** Nonpriority creditor's name and mailing address

**Imperial Valley Mall II, LP**
**2030 Hamilton Place Blvd., Suite 500**
**Chattanooga, TN 37421**

Date(s) debt was incurred   _

Last 4 digits of account number   _

As of the petition filing date, the claim is: Check all that apply.    **$43,094.40**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Past Due Rent Lease Agreement**
**Cinnabon #348**
**3451 South Dogwood Avenue, El Centro, CA 92243**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.59** Nonpriority creditor's name and mailing address

**Keter Environmental Services, Inc**
**PO Box 417468**
**Boston, MA 02241-7468**

Date(s) debt was incurred   _

Last 4 digits of account number   _

As of the petition filing date, the claim is: Check all that apply.    **$3,389.43**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Services**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.60** Nonpriority creditor's name and mailing address

**LA DWP**
**PO Box 30808**
**Los Angeles, CA 90030-0808**

Date(s) debt was incurred   _

Last 4 digits of account number   **2661**

As of the petition filing date, the claim is: Check all that apply.    **$2,410.87**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.61** Nonpriority creditor's name and mailing address

**Los Angeles County Tax Collector**
**P.O. Box 54027**
**Los Angeles, CA 90054-0027**

Date(s) debt was incurred   _

Last 4 digits of account number   _

As of the petition filing date, the claim is: Check all that apply.    **$2,495.14**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.62** Nonpriority creditor's name and mailing address

**Macerich Vintage Faire, LP**
**401 Wilshire Blvd., Suite 700**
**Santa Monica, CA 90401**

Date(s) debt was incurred   _

Last 4 digits of account number   _

As of the petition filing date, the claim is: Check all that apply.    **$156,305.41**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Past Due Rent Lease Agreement**
**Cinnabon #168**
**431 Vintage Faire Mall, Modesto, CA 95350**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.63** Nonpriority creditor's name and mailing address

**Marcum Accountants & Advisors**
**1920 Main St Suite 950**
**Irvine, CA 92614**

Date(s) debt was incurred   _

Last 4 digits of account number   **4479**

As of the petition filing date, the claim is: Check all that apply.    **$15,860.50**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Services**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | **First Capital Retail, LLC** | Case number (if known) | **2017-26125** |
|---|---|---|---|
| | Name | | |

---

**3.64**

Nonpriority creditor's name and mailing address
**Matheson Tri-Gas Inc.**
**66 Keystone Drive**
**Montgomeryville, PA 18936**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Goods__

Is the claim subject to offset? ■ No ☐ Yes

**$345.38**

---

**3.65**

Nonpriority creditor's name and mailing address
**Mission Uniform**
**702 E. Montecito St.**
**Santa Barbara, CA 93103**

Date(s) debt was incurred __2017__

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Services__

Is the claim subject to offset? ■ No ☐ Yes

**$1,653.95**

---

**3.66**

Nonpriority creditor's name and mailing address
**Modesto Irrigation District**
**PO Box 5355**
**Modesto, CA 95352-5355**

Date(s) debt was incurred _

Last 4 digits of account number __1464__

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$2,105.47**

---

**3.67**

Nonpriority creditor's name and mailing address
**Montebello Town Center Investors, LLC**
**10 State House Square, 15th Floor**
**Hartford, CT 06103**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Past Due Rent Lease Agreement__
__Cinnabon #124__
__2136 Montebello Town Center, BU-16, Montebello, CA 90640__

Is the claim subject to offset? ■ No ☐ Yes

**$43,686.72**

---

**3.68**

Nonpriority creditor's name and mailing address
**Monterey County**
**P.O. Box 891**
**Salinas, CA 93902-0891**

Date(s) debt was incurred __2017__

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$14.94**

---

**3.69**

Nonpriority creditor's name and mailing address
**Morris, Manning & Martin, LLP**
**1401 Eye Street, N.W., Suite 600**
**Washington, DC 20005**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Attorney Fees__

Is the claim subject to offset? ■ No ☐ Yes

**$21,795.00**

---

**3.70**

Nonpriority creditor's name and mailing address
**MTL Construction Services Inc.**
**3911 E. La Palma Ave, Suite B**
**Anaheim, CA 92807**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Services__

Is the claim subject to offset? ■ No ☐ Yes

**$7,111.71**

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **First Capital Retail, LLC** | Case number *(if known)* | **2017-26125** |
|---|---|---|---|
| | Name | | |

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$90.00** |
|---|---|---|---|

**Neevo Network Evolution**
**PO Box 5605**
**Auburn, CA 95603**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$35,469.42** |
|---|---|---|---|

**Northridge Owner, L.P.**
**591 W Putnam Avenue**
**Greenwich, CT 06830**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Past Due Rent Lease Agreement**
**Cinnabon #36**
**9301 Tampa Avenue, Suite 108, Northridge, CA 91324**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$20,078.00** |
|---|---|---|---|

**Northridge Owner, L.P.**
**591 W Putnam Avenue**
**Greenwich, CT 06830**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Past Due Rent Lease Agreement**
**Cinnabon #125**
**446 Northridge Mall, Salinas, CA 93906**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,275.57** |
|---|---|---|---|

**NuArx Inc.**
**P.O. Box 771994**
**Detroit, MI 48277-1994**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,536.94** |
|---|---|---|---|

**Oculus**
**1 South Memorial Dr., Suite 1500**
**Saint Louis, MO 63102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$834.30** |
|---|---|---|---|

**Orkin Pest Control**
**P.O. Box 7161**
**Pasadena, CA 91109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,077.30** |
|---|---|---|---|

**Permit Advisors**
**c/o Daniel Choi**
**8370 Wilshire Blvd, Suite 330**
**Beverly Hills, CA 90211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2017**

Basis for the claim: **Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **First Capital Retail, LLC** | Case number (if known) | **2017-26125** |
|---|---|---|---|
| | Name | | |

---

**3.78** | Nonpriority creditor's name and mailing address

PG&E
Bankruptcy Unit
P.O. Box 8329
Stockton, CA 95208

Date(s) debt was incurred **2017**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Utility Services**

Is the claim subject to offset? ☐ No ☐ Yes

**$4,880.66**

---

**3.79** | Nonpriority creditor's name and mailing address

Sacramento County Property Taxes
c/o Unsecured Tax Unit
P.O. Box 508
Sacramento, CA 95812-0508

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

**$620.78**

---

**3.80** | Nonpriority creditor's name and mailing address

Securities and Exchange Commission
Attention Bankruptcy Counsel
5670 Wilshire Blvd Fl 11
Los Angeles, CA 90036

Date(s) debt was incurred **2015-2017**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: **Subpoena received from the Securities Exchange Commission (SEC) to First Capital Retail, LLC on September 7, 2017 (In the Matter of First Capital Real Estate Trust Incorporation, HO-12919**

Is the claim subject to offset? ☐ No ☐ Yes

**Unknown**

---

**3.81** | Nonpriority creditor's name and mailing address

Shoes for Crews
c/o File Lockbox 51151
Los Angeles, CA 90074-1151

Date(s) debt was incurred _

Last 4 digits of account number **0553**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

**$562.36**

---

**3.82** | Nonpriority creditor's name and mailing address

SMUD
P.O. Box 15555
Sacramento, CA 95852

Date(s) debt was incurred _

Last 4 digits of account number **1504**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Utility Services - Arden**

Is the claim subject to offset? ☐ No ☐ Yes

**$907.81**

---

**3.83** | Nonpriority creditor's name and mailing address

SMUD
P.O. Box 15555
Sacramento, CA 95852

Date(s) debt was incurred _

Last 4 digits of account number **1507**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Utility Services - Sunrise**

Is the claim subject to offset? ☐ No ☐ Yes

**$786.45**

---

**3.84** | Nonpriority creditor's name and mailing address

Southern California Edison
P.O. Box 300
Rosemead, CA 91771

Date(s) debt was incurred _

Last 4 digits of account number **7394**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Utility Services 124 Montb**

Is the claim subject to offset? ☑ No ☐ Yes

**$1,414.14**

---

Debtor    **First Capital Retail, LLC**                    Case number (if known)    **2017-26125**
_____
          Name

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,421.08 |

**Southern California Edison**
**P.O. Box 300**
**Rosemead, CA 91771**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  **7592**

Basis for the claim:  **Utility Services 15 Montc**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,215.23 |

**Southern California Edison**
**P.O. Box 300**
**Rosemead, CA 91771**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  **7790**

Basis for the claim:  **Utility Services 102 Moreno**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,500.00 |

**Standard Plumbing Services, Inc**
**3105 Madera Way**
**Antelope, CA 95843-4968**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $127,499.00 |

**Star-West Solano Mall, LLC**
**1350 Travis Blvd.**
**Fairfield, CA 94533**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **Past Due Rent Lease Agreement**
**Cinnabon #94**
**1350 Travis Blvd., Fairfield, CA 94533**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $33,055.33 |

**Sunrise Mall Property, LLC**
**1345 Avenue of the Americas**
**New York, NY 10105**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **Past Due Rent Lease Agreement**
**Cinnabon #636**
**6041 Sunrise Mall, Citrus Heights, CA 95610**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $329.89 |

**Sustainable Solutions Group**
**PO Box 740209**
**Atlanta, GA 30374-0209**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $541.88 |

**T Mobile**
**PO Box 51843**
**Los Angeles, CA 90051-6143**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **First Capital Retail, LLC**                          Case number (if known)   **2017-26125**
         _____
         Name

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $75.25 |
|---|---|---|---|

**3.92**  Nonpriority creditor's name and mailing address
Tavern Service, Inc.
18228 Parthenia Street
Northridge, CA 91325-3391

As of the petition filing date, the claim is: *Check all that apply.*     **$75.25**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.93**  Nonpriority creditor's name and mailing address
Tech 24/Svc Sol'n Grp./Comm. Food
C/O Fifth Third Bank
P.O. Box 638959
Cincinnati, OH 45263-8959

As of the petition filing date, the claim is: *Check all that apply.*     **$1,678.51**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Goods**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.94**  Nonpriority creditor's name and mailing address
Time Warner Cable
PO Box 60074
City of Industry, CA 91716-0074

As of the petition filing date, the claim is: *Check all that apply.*     **$140.98**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number  **5178**

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.95**  Nonpriority creditor's name and mailing address
Trimark Foodcraft
PO Box 654046
Dallas, TX 75265-4046

As of the petition filing date, the claim is: *Check all that apply.*     **$12,260.01**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Goods**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.96**  Nonpriority creditor's name and mailing address
Tube Art Displays
2323 West Washington Ave
Yakima, WA 98903-1230

As of the petition filing date, the claim is: *Check all that apply.*     **$592.86**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.97**  Nonpriority creditor's name and mailing address
Tyco Simplex Grinnell
Dept CH 10320
Palatine, IL 60055

As of the petition filing date, the claim is: *Check all that apply.*     **$2,877.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.98**  Nonpriority creditor's name and mailing address
Universal Studios, LLC
100 Universal City Plaza
Universal City, CA 91608

As of the petition filing date, the claim is: *Check all that apply.*     **$22,921.60**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Past Due Rent Lease Agreement**
**Cinnabon #9904**
**1000 Universal City Plaza, Universal City, CA 91608**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **First Capital Retail, LLC** | Case number (if known) | **2017-26125** |
|---|---|---|---|
| | Name | | |

---

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,680.27 |
|---|---|---|---|

**Verizon Wireless**
**PO Box 3397**
**Bloomington, IL 61702**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Services__

Last 4 digits of account number __0001__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,575.00 |
|---|---|---|---|

**Vivonet (Syrus)**
**100-1328 Dublin Rd**
**Columbus, OH 43215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __08/2017__

Basis for the claim: __Accounting Software Subscription__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $816.47 |
|---|---|---|---|

**Wasserstrom**
**477 South Front Street**
**Columbus, OH 43215-5625**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __3231__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $72.51 |
|---|---|---|---|

**Waste Management**
**24516 Network Pl**
**Chicago, IL 60673-1245**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __#0391 (102 Moreno)__

Last 4 digits of account number __0391__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $161.19 |
|---|---|---|---|

**Waste Management**
**24516 Network Pl**
**Chicago, IL 60673-1245**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __#0437 (15 Montc)__

Last 4 digits of account number __0437__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $42.54 |
|---|---|---|---|

**Waste Management**
**24516 Network Pl**
**Chicago, IL 60673-1245**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __#1175 (636)__

Last 4 digits of account number __1175__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $217.05 |
|---|---|---|---|

**Waste Management**
**24516 Network Pl**
**Chicago, IL 60673-1245**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __#1344 (124 Monte)__

Last 4 digits of account number __1344__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor　**First Capital Retail, LLC**　　　　Case number (if known)　**2017-26125**
　　　　　Name

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $250.13 |
|---|---|---|---|

Waste Management
24516 Network Pl
Chicago, IL 60673-1245

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _0033_

Basis for the claim: _0033 (#36 Northridge)_

Is the claim subject to offset? ■ No ☐ Yes

| 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,983.88 |
|---|---|---|---|

Wenco Partners, LLC
275 Hill St. Third Floor
Reno, NV 89501

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _Services_

Is the claim subject to offset? ■ No ☐ Yes

| 3.108 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,520.00 |
|---|---|---|---|

YESCO
PO Box 11676
Tacoma, WA 98411-6676

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:　List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | Andrew J. Nazar, Esq.<br>900 W. 48th Place, Suite 900<br>Kansas City, MO 64112 | Line _3.48_<br>☐ Not listed. Explain ____ | _ |
| 4.2 | Cella Lange & Cella, LLP<br>1600 Main Street, Suite 180<br>Walnut Creek, CA 94596 | Line _3.9_<br>☐ Not listed. Explain ____ | _ |
| 4.3 | Goodkin & Lynch, LLP<br>1875 Century Park East, Suite 1860<br>Los Angeles, CA 90067 | Line _3.2_<br>☐ Not listed. Explain ____ | _ |
| 4.4 | Law Office of Jennifer I. Freedman<br>4225 Executive Square, Suite 380<br>La Jolla, CA 92037 | Line _3.72_<br>☐ Not listed. Explain ____ | _ |
| 4.5 | Law Office of Jennifer I. Freedman<br>4225 Executive Square, Suite 380<br>La Jolla, CA 92037 | Line _3.88_<br>☐ Not listed. Explain ____ | _ |
| 4.6 | Law Office of Jennifer I. Freedman<br>4225 Executive Square, Suite 380<br>La Jolla, CA 92037 | Line _3.73_<br>☐ Not listed. Explain ____ | _ |

| Debtor | **First Capital Retail, LLC** | Case number (if known) | **2017-26125** |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.7 | **Max Recovery Group, LLC**<br>**Attn: Vadimm Serebro**<br>**1 World Trade Center, Suite 8500**<br>**New York, NY 10007** | Line **3.42**<br><br>☐ Not listed. Explain ____ | _ |
| 4.8 | **Oswalt & Associates**<br>**P.O. Box 607**<br>**Imperial, CA 92251** | Line **3.58**<br><br>☐ Not listed. Explain ____ | _ |
| 4.9 | **Perkins Coie, LLP**<br>**1888 Century Park East, Suite 1700**<br>**Los Angeles, CA 90067** | Line **3.1**<br><br>☐ Not listed. Explain ____ | _ |
| 4.10 | **PG&E**<br>**P.O. Box 997300**<br>**Sacramento, CA 95899** | Line **3.78**<br><br>☐ Not listed. Explain ____ | _ |
| 4.11 | **Simon**<br>**225 West Washington Street**<br>**Indianapolis, IN 46204** | Line **3.67**<br><br>☐ Not listed. Explain ____ | _ |
| 4.12 | **Star-West Solano Mall, LLC**<br>**1 E Wacker Drive**<br>**Chicago, IL 60601** | Line **3.88**<br><br>☐ Not listed. Explain ____ | _ |
| 4.13 | **The Byrne Law Office**<br>**24011 Ventura Blvd., Suite 201**<br>**Calabasas, CA 91302** | Line **3.51**<br><br>☐ Not listed. Explain ____ | _ |
| 4.14 | **The Law Office of Tara N. Pomparelli**<br>**30 Wall Street, Eight Floor**<br>**New York, NY 10005** | Line **3.52**<br><br>☐ Not listed. Explain ____ | _ |
| 4.15 | **Trainor Fairbrook**<br>**980 Fulton Avenue**<br>**Sacramento, CA 95825** | Line **3.89**<br><br>☐ Not listed. Explain ____ | _ |
| 4.16 | **United States Attorney**<br>**For Internal Revenue Service**<br>**501 I Street, Suite 10-100**<br>**Sacramento, CA 95814** | Line **2.4**<br><br>☐ Not listed. Explain ____ | _ |
| 4.17 | **United States Department of Justice**<br>**Civil Trial Section Western Region**<br>**Box 683, Ben Franklin Station**<br>**Washington, DC 20044** | Line **2.4**<br><br>☐ Not listed. Explain ____ | _ |
| 4.18 | **Weston Herzog, LLP**<br>**550 N. Brand Blvd., Suite 1990**<br>**Glendale, CA 91203** | Line **3.67**<br><br>☐ Not listed. Explain ____ | _ |
| 4.19 | **Weston Herzog, LLP**<br>**550 N. Brand Blvd., Suite 1990**<br>**Glendale, CA 91203** | Line **3.40**<br><br>☐ Not listed. Explain ____ | _ |

| Debtor | **First Capital Retail, LLC** | Case number (if known) | **2017-26125** |
|---|---|---|---|
| | Name | | |

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

**5.  Add the amounts of priority and nonpriority unsecured claims.**

|  |  |  | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 171,144.62 |
| **5b. Total claims from Part 2** | 5b. | + $ | 4,788,786.54 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 4,959,931.16 |

**Fill in this information to identify the case:**

Debtor name    **First Capital Retail, LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF CALIFORNIA

Case number (if known)    **2017-26125**

☐ Check if this is an amended filing

# Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**

     ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.

     ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest    **Commercial lease agreement Cinnabon #102 22500 Town Center, Suite 1111, Moreno Valley, CA 92553** <br><br> State the term remaining <br><br> List the contract number of any government contract | **2250 Town Circle Holdings, LLC 7501 Wisconsin Avenue, Suite 500 W Bethesda, MD 20814** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest    **Commercial lease agreement Cinnabon #15 5192 Montclair Plaza, Montclair, CA 91763** <br> State the term remaining    **Expires 7/31/2021** <br><br> List the contract number of any government contract | **5060 Montclair Plaza Lane Owner, LLC 4700 Wilshire Blvd. Los Angeles, CA 90010** |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest    **Commercial lease agreement Cinnabon #36 9301 Tampa Avenue, Suite 108, Northridge, CA 91324** <br> State the term remaining    **Expires 5/31/2018** <br><br> List the contract number of any government contract | **American Properties, Inc. 591 W Putnam Avenue Greenwich, CT 06830** |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest    **Commercial lease agreement Cinnabon #80 1689 Arden Way, Suite 2002, Sacramento, CA 95815** <br> State the term remaining    **Expires 1/31/2025** | **Arden Fair Associates, L.P. 1689 Arden Way, Suite 1167 Sacramento, CA 95815** |

Debtor 1 **First Capital Retail, LLC**

First Name          Middle Name          Last Name

Case number *(if known)* **2017-26125**



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

List the contract number of any government contract

| | | | |
|---|---|---|---|
| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial lease agreement Auntie Anne's 10250 Santa Monica Blvd., #2760, Los Angeles, CA 90067** | |
| | State the term remaining | **Expires 6/30/2024** | **Century City Mall, LLC 2049 Century Park East, 41st Floor Los Angeles, CA 90067** |
| | List the contract number of any government contract | | |
| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Commerical lease agreement Cinnabon #101916 10250 Santa Monica Blvd., #2765, Los Angeles, CA 90067** | |
| | State the term remaining | **Expires 6/30/2024** | **Century City Mall, LLC 2049 Century Park East, 41st Floor Los Angeles, CA 90067** |
| | List the contract number of any government contract | | |
| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial lease agreement Cinnabon #260 1066 Santa Rosa Plaza, Santa Rosa, CA 95401** | |
| | State the term remaining | **Expired** | **Emi Santa Rosa Limited Partnership 305 E. 47th Street 3 Dag Hammarskjold Plaza New York, NY 10017** |
| | List the contract number of any government contract | | |
| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial lease agreement Cinnabon #87 1341 Galleria @ Tyler E-21, Riverside, CA 92503** | |
| | State the term remaining | **Expires 7/31/2018** | **GGP Northridge Fashion Center, LP 110 North Wacker Drive Chicago, IL 60606** |
| | List the contract number of any government contract | | |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1   **First Capital Retail, LLC**

First Name   Middle Name   Last Name

Case number *(if known)*   **2017-26125**



**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial lease agreement**<br>**Cinnabon #348**<br>**3451 South Dogwood Avenue, El Centro, CA 92243** | |
|---|---|---|---|
| | State the term remaining | **Expires 7/31/2024** | **Imperial Valley Mall II, LP**<br>**2030 Hamilton Place Blvd., Suite 500**<br>**Chattanooga, TN 37421** |
| | List the contract number of any government contract | | |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial lease agreement**<br>**Cinnabon #168**<br>**431 Vintage Faire Mall, Modesto, CA 95350** | |
|---|---|---|---|
| | State the term remaining | **Expires 7/31/2024** | **Macerich Vintage Faire, LP**<br>**401 Wilshire Blvd., Suite 700**<br>**Santa Monica, CA 90401** |
| | List the contract number of any government contract | | |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Commerical lease agreement**<br>**Cinnabon #124**<br>**2136 Montebello Town Center, BU-16, Montebello, CA 90640** | |
|---|---|---|---|
| | State the term remaining | **Expires 12/31/2019** | **Montebello Town Center Investors, LLC**<br>**10 State House Square, 15th Floor**<br>**Hartford, CT 06103** |
| | List the contract number of any government contract | | |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial lease agreement**<br>**Cinnabon #125**<br>**446 Northridge Mall, Salinas, CA 93906** | |
|---|---|---|---|
| | State the term remaining | **Expires 4/30/2018** | **Northridge Owner, L.P.**<br>**591 W Putnam Avenue**<br>**Greenwich, CT 06830** |
| | List the contract number of any government contract | | |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial lease agreement**<br>**Mrs. Fields**<br>**925 Blossom Hill Road, Suite 2005**<br>**San Jose, CA 95123** | |
|---|---|---|---|
| | State the term remaining | **Expires 8/31/2022** | **Oakridge Mall, LLC**<br>**2049 Century Park East, 41st Floor**<br>**Los Angeles, CA 90067** |
| | List the contract number of any government contract | | |

Debtor 1   **First Capital Retail, LLC**                    Case number *(if known)*   **2017-26125**
          First Name          Middle Name          Last Name



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial lease agreement Cinnabon #171 925 Blossom Hill Road, Suite 1115, San Jose, CA 95123** | |
|---|---|---|---|
| | State the term remaining | **Expires 1/31/2027** | |
| | List the contract number of any government contract | | **Oakridge Mall, LLC 2049 Century Park East, 41st Floor Los Angeles, CA 90067** |

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **Commerical lease agreement Cinnabon #94 1350 Travis Blvd., Fairfield, CA 94533** | |
|---|---|---|---|
| | State the term remaining | **Expires 4/30/2018** | |
| | List the contract number of any government contract | | **Star-West Solano Mall, LLC 1350 Travis Blvd. Fairfield, CA 94533** |

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **Commerical lease agreement Cinnabon #636 6041 Sunrise Mall, Citrus Heights, CA 95610** | |
|---|---|---|---|
| | State the term remaining | **Expired** | |
| | List the contract number of any government contract | | **Sunrise Mall Property, LLC 1345 Avenue of the Americas New York, NY 10105** |

| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | **Commerical lease agreement Cinnabon #9904 1000 Universal City Plaza, Universal City, CA 91608** | |
|---|---|---|---|
| | State the term remaining | **Expires 6/30/2020** | |
| | List the contract number of any government contract | | **Universal Studios, LLC 100 Universal City Plaza Universal City, CA 91608** |

| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment lease for telephones for management staff** | |
|---|---|---|---|
| | State the term remaining | **Month to month** | |
| | List the contract number of any government contract | | **Veriphone, Inc. 1400 W Stanford Ranch Rd #200 Rocklin, CA 95765** |

Debtor 1    **First Capital Retail, LLC**
_____
First Name          Middle Name          Last Name

Case number *(if known)*    **2017-26125**
_____

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**Fill in this information to identify the case:**

Debtor name    **First Capital Retail, LLC**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF CALIFORNIA

Case number (if known)   **2017-26125**

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

Column 1: **Codebtor**

Column 2: **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | **First Capital Real Estate Investments** | **410 Park Avenue 14th Floor New York, NY 10022** | Heartland Bank | ■ D __2.5__<br>☐ E/F ____<br>☐ G ____ |
| 2.2 | **First Capital Real Estate Investments** | **410 Park Avenue 14th Floor New York, NY 10022** | Heartland Bank | ■ D __2.6__<br>☐ E/F ____<br>☐ G ____ |
| 2.3 | **First Capital Real Estate Investments** | **410 Park Avenue 14th Floor New York, NY 10022** | Heartland Bank | ■ D __2.7__<br>☐ E/F ____<br>☐ G ____ |
| 2.4 | **First Capital Real Estate Investments** | **410 Park Avenue 14th Floor New York, NY 10022** | Byline Bank | ■ D __2.1__<br>☐ E/F ____<br>☐ G ____ |
| 2.5 | **First Capital Real Estate Investments** | **410 Park Avenue 14th Floor New York, NY 10022** | Yellowstone Capital West, LLC | ■ D __2.16__<br>☐ E/F ____<br>☐ G ____ |

| Debtor | **First Capital Retail, LLC** | Case number *(if known)* | **2017-26125** |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.6 | First Capital Real Estate Investments | 410 Park Avenue 14th Floor New York, NY 10022 | Securities and Exchange Commission | ☐ D _____ ☑ E/F __3.80__ ☐ G _____ |
| 2.7 | First Capital Real Estate Investments | 410 Park Avenue 14th Floor New York, NY 10022 | Morris, Manning & Martin, LLP | ☐ D _____ ☑ E/F __3.69__ ☐ G _____ |
| 2.8 | First Capital Real Estate Investments | 410 Park Avenue 14th Floor New York, NY 10022 | Byline Bank | ☑ D __2.2__ ☐ E/F _____ ☐ G _____ |
| 2.9 | Suneet Singal | 512 Alta Vista Court El Dorado Hills, CA 95762 | Byline Bank | ☑ D __2.1__ ☐ E/F _____ ☐ G _____ |
| 2.10 | Suneet Singal | 512 Alta Vista Court El Dorado Hills, CA 95762 | iKahn Capital, LLC | ☑ D __2.8__ ☐ E/F _____ ☐ G _____ |
| 2.11 | Suneet Singal | 512 Alta Vista Court El Dorado Hills, CA 95762 | World Global Financing, Inc. | ☑ D __2.14__ ☐ E/F _____ ☐ G _____ |
| 2.12 | Suneet Singal | 512 Alta Vista Court El Dorado Hills, CA 95762 | World Global Financing, Inc. | ☑ D __2.15__ ☐ E/F _____ ☐ G _____ |
| 2.13 | Suneet Singal | 512 Alta Vista Court El Dorado Hills, CA 95762 | Yellowstone Capital West, LLC | ☑ D __2.16__ ☐ E/F _____ ☐ G _____ |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    **First Capital Retail, LLC**                    Case number *(if known)*    **2017-26125**

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.
*Column 1:* **Codebtor**                                                        *Column 2:* **Creditor**

| | | | |
|---|---|---|---|
| 2.14 | **Suneet Singal** | **512 Alta Vista Court**<br>**El Dorado Hills, CA 95762** | **ML Factors Funding, LLC** |
| 2.15 | **Suneet Singal** | **512 Alta Vista Court**<br>**El Dorado Hills, CA 95762** | **Cinnabon Franchisor SPV, LLC** |
| 2.16 | **Suneet Singal** | **512 Alta Vista Court**<br>**El Dorado Hills, CA 95762** | **Cinnabon Franchisor SPV, LLC** |
| 2.17 | **Suneet Singal** | **512 Alta Vista Court**<br>**El Dorado Hills, CA 95762** | **Cinnabon Franchisor SPV, LLC** |
| 2.18 | **Suneet Singal** | **512 Alta Vista Court**<br>**El Dorado Hills, CA 95762** | **Cinnabon Franchisor SPV, LLC** |
| 2.19 | **Suneet Singal** | **512 Alta Vista Court**<br>**El Dorado Hills, CA 95762** | **Cinnabon Franchisor SPV, LLC** |
| 2.20 | **Suneet Singal** | **512 Alta Vista Court**<br>**El Dorado Hills, CA 95762** | **Cinnabon Franchisor SPV, LLC** |
| 2.21 | **Suneet Singal** | **512 Alta Vista Court**<br>**El Dorado Hills, CA 95762** | **Cinnabon Franchisor SPV, LLC** |

**2.14**
■ D    **2.9**
☐ E/F _____
☐ G _____

**2.15**
☐ D _____
■ E/F    **3.16**
☐ G _____

**2.16**
☐ D _____
■ E/F    **3.17**
☐ G _____

**2.17**
☐ D _____
■ E/F    **3.18**
☐ G _____

**2.18**
☐ D _____
■ E/F    **3.19**
☐ G _____

**2.19**
☐ D _____
■ E/F    **3.20**
☐ G _____

**2.20**
☐ D _____
■ E/F    **3.21**
☐ G _____

**2.21**
☐ D _____
■ E/F    **3.22**
☐ G _____

Debtor   **First Capital Retail, LLC**        Case number *(if known)*   **2017-26125**

**Additional Page to List More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

Column 1: **Codebtor**        Column 2: **Creditor**

| | | | | |
|---|---|---|---|---|
| 2.22 | **Suneet Singal** | **512 Alta Vista Court**<br>**El Dorado Hills, CA 95762** | **Cinnabon Franchisor SPV, LLC** | ☐ D ____<br>■ E/F ___**3.23**___<br>☐ G ____ |
| 2.23 | **Suneet Singal** | **512 Alta Vista Court**<br>**El Dorado Hills, CA 95762** | **Cinnabon Franchisor SPV, LLC** | ☐ D ____<br>■ E/F ___**3.24**___<br>☐ G ____ |
| 2.24 | **Suneet Singal** | **512 Alta Vista Court**<br>**El Dorado Hills, CA 95762** | **Cinnabon Franchisor SPV, LLC** | ☐ D ____<br>■ E/F ___**3.25**___<br>☐ G ____ |
| 2.25 | **Suneet Singal** | **512 Alta Vista Court**<br>**El Dorado Hills, CA 95762** | **Cinnabon Franchisor SPV, LLC** | ☐ D ____<br>■ E/F ___**3.26**___<br>☐ G ____ |
| 2.26 | **Suneet Singal** | **512 Alta Vista Court**<br>**El Dorado Hills, CA 95762** | **Cinnabon Franchisor SPV, LLC** | ☐ D ____<br>■ E/F ___**3.27**___<br>☐ G ____ |
| 2.27 | **Suneet Singal** | **512 Alta Vista Court**<br>**El Dorado Hills, CA 95762** | **Cinnabon Franchisor SPV, LLC** | ☐ D ____<br>■ E/F ___**3.28**___<br>☐ G ____ |
| 2.28 | **Suneet Singal** | **512 Alta Vista Court**<br>**El Dorado Hills, CA 95762** | **Cinnabon Franchisor SPV, LLC** | ☐ D ____<br>■ E/F ___**3.29**___<br>☐ G ____ |
| 2.29 | **Suneet Singal** | **512 Alta Vista Court**<br>**El Dorado Hills, CA 95762** | **ESBF California, LLC** | ☐ D ____<br>■ E/F ___**3.42**___<br>☐ G ____ |

| Debtor | **First Capital Retail, LLC** | Case number *(if known)* | **2017-26125** |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

*Column 1:* **Codebtor**                                    *Column 2:* **Creditor**

| | | | | |
|---|---|---|---|---|
| 2.30 | Suneet Singal | 512 Alta Vista Court<br>El Dorado Hills, CA 95762 | IAC Funding Source,<br>LLC | ☐ D _____<br>■ E/F __3.56__<br>☐ G _____ |
| 2.31 | Suneet Singal | 512 Alta Vista Court<br>El Dorado Hills, CA 95762 | Securities and<br>Exchange<br>Commission | ☐ D _____<br>■ E/F __3.80__<br>☐ G _____ |
| 2.32 | Suneet Singal | 512 Alta Vista Court<br>El Dorado Hills, CA 95762 | Global Merchant<br>Cash, Inc. | ☐ D _____<br>■ E/F __3.52__<br>☐ G _____ |
| 2.33 | Suneet Singal | 512 Alta Vista Court<br>El Dorado Hills, CA 95762 | Morris, Manning &<br>Martin, LLP | ☐ D _____<br>■ E/F __3.69__<br>☐ G _____ |
| 2.34 | Suneet Singal | 512 Alta Vista Court<br>El Dorado Hills, CA 95762 | Byline Bank | ■ D __2.2__<br>☐ E/F _____<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name **First Capital Retail, LLC**

United States Bankruptcy Court for the: EASTERN DISTRICT OF CALIFORNIA

Case number (if known) **2017-26125**

☐ Check if this is an amended filing

# Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:**   **Income**

1.   **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2017** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$6,469,096.00** |
| **For prior year:**<br>From  **1/01/2016** to **12/31/2016** | ■ Operating a business<br>☐ Other _____ | **$9,927,109.00** |
| **For year before that:**<br>From  **6/01/2015** to  **5/31/2016** | ■ Operating a business<br>☐ Other _____ | **$5,482,506.00** |

2.   **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:**   **List Certain Transfers Made Before Filing for Bankruptcy**

3.   **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

Debtor    **First Capital Retail, LLC**        Case number *(if known)* **2017-26125**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1.   **Payments to Creditors**<br>      **See Attachment B** | | **$0.00** | ■ Secured debt<br>■ Unsecured loan repayments<br>■ Suppliers or vendors<br>■ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

     List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

     ☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.   **Rameshwar Prasad**<br>      **500 Capitol Mall, Suite 2350**<br>      **Sacramento, CA 95814**<br>      **President** | **9/2016 -<br>09/2017** | **$1,077,414.72** | **Expense Reimbursements for various vendor payments which include but not limited to: repair and maintenance, subscription services, travel expenses, inventory purchase, etc.** |

5. **Repossessions, foreclosures, and returns**

     List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

     ☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **California State Board of Equalization**<br>**Account Information Group MIC 29**<br>**P.O. Box 942879**<br>**Sacramento, CA 94279** | **Bank Levy** | **5/10/2017,<br>5/24/2017,<br>6/15/2017** | **$169,366.40** |
| **iKahn Capital, LLC**<br>**160 Pearl Street**<br>**New York, NY 10005** | **Bank Levy** | **8/15/2017** | **$16,490.00** |
| **Yellowstone Capital West, LLC**<br>**30 Broad Street, 14th Floor**<br>**New York, NY 10004** | **Bank Levy** | **8/10/2017,<br>8/18/2017,<br>8/21/2017 -<br>9/8/2017** | **$214,932.33** |
| **ESBF California, LLC**<br>**5 West 37th Street, 2nd Floor**<br>**New York, NY 10018** | **Bank Levy** | **8/10/2017,<br>8/18/2017,<br>8/21/2017,<br>8/22/2017** | **$78,750.00** |

6. **Setoffs**

     List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

Debtor    **First Capital Retail, LLC**      Case number *(if known)* **2017-26125**

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

### Part 3:   Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Plaintiff: Arden Fair Associates, LP**<br>**Defendant: First Capital Retail, LLC**<br>**34-2017-00214939-CU-UD-GDS** | **Civil** | **Superior Court of California**<br>**County of Sacramento**<br>**720 Ninth Street**<br>**Sacramento, CA 95814** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.2. | **Plaintiff: Montebello Town Center Investors, LLC**<br>**Defendant: First Capital Retail, LLC**<br>**BC670442** | **Civil** | **Superior Court of California**<br>**County of Los Angeles**<br>**111 N. Hill Street**<br>**Los Angeles, CA 90012** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | **Plaintiff: 2250 Town Circle Holdings, LLC**<br>**Defendant: First Capital Retail, LLC**<br>**RIC1712563** | **Civil** | **Superior Court of California**<br>**County of Riverside**<br>**4050 Main Street**<br>**Riverside, CA 92501** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.4. | **Plaintiff: Northridge Owner, LP**<br>**Defendant: First Capital Retail, LLC**<br>**17CV003022** | **Civil** | **Superior Court of California**<br>**County of Monterey**<br>**1200 Aguajito Road**<br>**Monterey, CA 93940** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.5. | **Plaintiff: GGP Northridge Fashion Center, LP**<br>**Defendant: First Capital Retail, LLC**<br>**PC057913** | **Civil** | **Superior Court of California**<br>**County of Los Angeles**<br>**9425 Penfield Avenue**<br>**Chatsworth, CA 91311** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.6. | **Plaintiff: EMI Santa Rosa, LP**<br>**Defendant: First Capital Retail, LLC**<br>**SCV261064** | **Civil** | **Superior Court of California**<br>**County of Sonoma**<br>**3055 Cleveland Avenue**<br>**Santa Rosa, CA 95403** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.7. | **Plaintiff: Sunrise Mall Property, LLC**<br>**Defendant: First Capital Retail, LLC**<br>**34-2017-00212300-CU-UD-GDS** | **Civil** | **Superior Court of California**<br>**County of Sacramento**<br>**720 Ninth Street**<br>**Sacramento, CA 95814** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.8. | **Plaintiff: 5060 Montclair Plaza Lane Owner, LLC**<br>**Defendant: First Capital Retail, LLC**<br>**CIVDS1620657** | **Civil** | **Superior Court of California**<br>**County of San Bernardino**<br>**247 West Third Street**<br>**San Bernardino, CA 92415** | ☐ Pending<br>☐ On appeal<br>■ Concluded |

Debtor    **First Capital Retail, LLC**      Case number *(if known)* **2017-26125**

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.9. | **Plaintiff: Star-West Solano, LLC**<br>**Defendant: First Capital Retail, LLC**<br>**FCS048151** | **Civil** | **Superior Court of California**<br>**County of Solano**<br>**580 Texas Street**<br>**Fairfield, CA 94533** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.10.| **Plaintiff: ESBF California, LLC**<br>**Defendant: First Capital Retail, LLC**<br>**607357/2017** | **Civil** | **Supreme Court of the State of New York**<br>**County of Nassau**<br>**100 Supreme Court Drive**<br>**Mineola, NY 11501** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.11.| **Plaintiff: Global Merchant Cash**<br>**Defendant: First Capital Retail, LLC**<br>**17-812641** | **Collection** | **Supreme Court of the State of New York**<br>**County of Erie**<br>**25 Deleware Avenue**<br>**Buffalo, NY 14202** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.12.| **Plaintiff: Yellowstone Capital West, LLC**<br>**Defendant: First Capital Retail, LLC**<br>**810484/2017** | **Collection** | **Supreme Court of the State of New York**<br>**County of Erie**<br>**25 Deleware Avenue**<br>**Buffalo, NY 14202** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.13.| **Plaintiff: Sunrise Mall Property, LLC**<br>**Defendant: First Capital Retail, LLC**<br>**34-2017-00217622-CU-UD-GDS** | **Civil** | **Superior Court of California**<br>**County of Sacramento**<br>**720 Ninth Street**<br>**Sacramento, CA 95814** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.14.| **Plaintiff: IAC Funding Source, LLC**<br>**Defendant: First Capital Retail, LLC**<br>**17-812770** | **Collection** | **Supreme Court of the State of New York**<br>**County of Erie**<br>**25 Deleware Avenue**<br>**Buffalo, NY 14202** | ☐ Pending<br>☐ On appeal<br>■ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

**Part 4:**    **Certain Gifts and Charitable Contributions**

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:**    **Certain Losses**

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

Debtor   **First Capital Retail, LLC**      Case number *(if known)* **2017-26125**

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|
| | | | |

**Part 6:**   **Certain Payments or Transfers**

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

    ☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Law Offices of Gabriel Liberman, APC**<br>**2033 Howe Avenue, Suite 140**<br>**Sacramento, CA 95825** | **Attorney Fees** | **8/28/2017** | **$1,500.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |
| 11.2. | **Law Offices of Gabriel Liberman, APC**<br>**2033 Howe Avenue, Suite 140**<br>**Sacramento, CA 95825** | **Attorney Fees** | **9/14/2017** | **$28,500.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor?<br>**Lochan Enterprises, LLC** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

    ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| | | | |

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

    ■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| | | | |

**Part 7:**   **Previous Locations**

Debtor  **First Capital Retail, LLC**                    Case number *(if known)* **2017-26125**

---

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

    ☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **2377 Gold Meadow Way, Suite 290 Rancho Cordova, CA 95670** | **6/2016 - 11/2016** |
| 14.2. | **2355 Gold Meadow Way, Suite 160 Rancho Cordova, CA 95670** | **2/2017 - 9/2017** |

**Part 8:**  **Health Care Bankruptcies**

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

    ■ No. Go to Part 9.
    ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:**  **Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

    ■ No.
    ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

    ■ No. Go to Part 10.
    ☐ Yes. Does the debtor serve as plan administrator?

**Part 10:**  **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

    ■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

| Debtor | **First Capital Retail, LLC** | Case number *(if known)* **2017-26125** |
|---|---|---|

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:** **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:** **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:** **Details About the Debtor's Business or Connections to Any Business**

Debtor    **First Capital Retail, LLC**    Case number *(if known)* **2017-26125**

**25.  Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| | | |

**26.  Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| **26a.1.**  **First Capital Management**<br>**275 Hill Street, 3rd Floor**<br>**Reno, NV 89501** | **1/1/2016-Present** |
| **26a.2.**  **El Dorado Hills Book Keeping**<br>**1020 Suncast Ln #107**<br>**El Dorado Hills, CA 95762** | **12/8/2014-12/31/2015** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| **26b.1.**  **First Capital Management**<br>**275 Hill Street, 3rd Floor**<br>**Reno, NV 89501** | **2016** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are<br>unavailable, explain why |
|---|---|
| **26c.1.**  **First Capital Management**<br>**275 Hill Street, 3rd Floor**<br>**Reno, NV 89501** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| **26d.1.**  **Byline Bank**<br>**180 N Lasalle Street**<br>**Chicago, IL 60601** |
| **26d.2.**  **First Capital Real Estate Investments**<br>**410 Park Avenue 14th Floor**<br>**New York, NY 10022** |
| **26d.3.**  **Heartland Bank**<br>**5100 Kavanaugh Blvd**<br>**Little Rock, AR 72207** |

Debtor     **First Capital Retail, LLC**                          Case number *(if known)* **2017-26125**

---

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Rameshwar Prasad** | **500 Capitol Mall, Suite 2350 Sacramento, CA 95814** | **President** | **100%** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **Suneet Singal** | **512 Alta Vista Court El Dorado Hills, CA 95762** | **President** | **12/2014 - 2/23/2017** |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Suneet Singal 512 Alta Vista Court El Dorado Hills, CA 95762** | **Unknown. Estimated $5 million** | **09/14/2016-9/14/2017** | **Unauthorized by Rameshwar Prasad but at the direction of Suneet Singal.** |
| | **Relationship to debtor Prior Owner** | | | |
| 30.2. | **Rameshwar Prasad 500 Capitol Mall, Suite 2350 Sacramento, CA 95814** | **100,000.00** | **04/05/2017** | **Bonus** |
| | **Relationship to debtor President** | | | |

Debtor    **First Capital Retail, LLC**          Case number *(if known)* **2017-26125**

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.3. | **Rameshwar Prasad**<br>**500 Capitol Mall, Suite 2350**<br>**Sacramento, CA 95814** | **266,368.97** | **09/15/2016-09/14/2017** | **Salary** |
| | Relationship to debtor<br>**President** | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | |

Debtor　**First Capital Retail, LLC**　　　　　　　　Case number *(if known)*　**2017-26125**

---

**Part 14:**　Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on　**October 12, 2017**

**/s/ Rameshwar Prasad**　　　　　　　　　　**Rameshwar Prasad**
Signature of individual signing on behalf of the debtor　　Printed name

Position or relationship to debtor　**Managing Member**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
■ Yes

## Attachment B
## Payments to Creditors in the last 90 days over $6,425

| Date | Name | Memo | Amount |
|---|---|---|---|
| 08/03/2017 | Accountemps | Cust #: 00580-101399000 | -1,060.00 |
| 06/27/2017 | Accountemps | | -2,093.50 |
| 07/24/2017 | Accountemps | | -4,028.00 |
| 08/17/2017 | Accountemps | | -2,067.00 |
| 08/29/2017 | Accountemps | | -2,120.00 |
| | **Accountemps Total** | | **-11,368.50** |
| 08/18/2017 | Ace Funding | | -1,862.00 |
| 08/21/2017 | Ace Funding | | -1,862.00 |
| 08/21/2017 | Ace Funding | | -1,862.00 |
| 08/22/2017 | Ace Funding | | -1,862.00 |
| | **Ace Funding Total** | | **-7,448.00** |
| 08/13/2017 | ADP Payroll | ADP fee for pay period 08.01.17-08.13.17 | -869.16 |
| 08/27/2017 | ADP Payroll | ADP fee for pay period 08.14.17-08.27.17 | -886.97 |
| 08/13/2017 | ADP Payroll | Manual checks for pay period 08.01.17-08.13.17 | -2,102.95 |
| 08/27/2017 | ADP Payroll | Manual checks for pay period 08.14.17-08.27.17 | -3,019.65 |
| 09/10/2017 | ADP Payroll | Manual checks for pay period 08.28.17-09.10.17 | -2,736.62 |
| 08/13/2017 | ADP Payroll | Prepaid worker's comp for pay period 08.01.17-08.13.17 | -4,051.50 |
| 08/13/2017 | ADP Payroll | Total net pay due for pay period 08.01.17-08.13.17 | -83,778.39 |
| 08/27/2017 | ADP Payroll | Total net pay due for pay period 08.14.17-08.27.17 | -86,583.78 |
| 09/10/2017 | ADP Payroll | Total net pay due for pay period 08.28.17-09.10.17 | -83,447.47 |
| 08/13/2017 | ADP Payroll | Total taxes for pay period 08.01.17-08.13.17 | -36,702.54 |
| 08/27/2017 | ADP Payroll | Total taxes for pay period 08.14.17-08.27.17 | -38,640.02 |
| 09/10/2017 | ADP Payroll | Total taxes for pay period 08.28.17-09.10.17 | -36,468.12 |
| 08/13/2017 | ADP Payroll | Worker's comp for pay period 08.01.17-08.13.17 | -6,024.90 |
| 08/27/2017 | ADP Payroll | Worker's comp for pay period 08.14.17-08.27.17 | -5,071.15 |
| 09/10/2017 | ADP Payroll | Worker's comp for pay period 08.28.17-09.10.17 | -954.60 |
| 09/07/2017 | ADP Payroll | | -105.13 |
| | **ADP Payroll Total** | | **-391,442.95** |
| 09/13/2017 | Bank Of America | Legal Order fee, LTS D091217000660 | -125.00 |
| 09/13/2017 | Bank Of America | Legal Order, LTS D091217000660 | -46,201.68 |
| 09/13/2017 | Bank Of America | Legal Order, LTS D091217000660 | -31,616.76 |
| 09/13/2017 | Bank Of America | Legal Order, LTS D091217000660 | -15,282.85 |
| | **Bank Of America Total** | | **-93,226.29** |
| 08/16/2017 | CA State BOE | Sun Valley July sales tax prepayment | -2,000.00 |
| 08/16/2017 | CA State BOE | Sun Valley Q1 2017 sales tax pymt | -7,426.34 |
| 08/16/2017 | CA State BOE | Sun Valley Q2 2017 sales tax pymt | -11,004.15 |
| 06/15/2017 | CA State BOE | | -17,889.82 |
| | **CA State BOE Total** | | **-38,320.31** |
| 06/15/2017 | Capital Stack (Spark Funding) | | -4,408.00 |
| 06/15/2017 | Capital Stack (Spark Funding) | | -4,408.00 |
| 06/16/2017 | Capital Stack (Spark Funding) | | -4,408.00 |
| 06/16/2017 | Capital Stack (Spark Funding) | | -4,408.00 |
| 06/19/2017 | Capital Stack (Spark Funding) | | -4,408.00 |
| 06/19/2017 | Capital Stack (Spark Funding) | | -4,408.00 |

| Date | Payee | Memo | Amount |
|---|---|---|---|
| 06/20/2017 | Capital Stack (Spark Funding) | | -4,408.00 |
| 06/20/2017 | Capital Stack (Spark Funding) | | -4,408.00 |
| 06/21/2017 | Capital Stack (Spark Funding) | | -4,408.00 |
| 06/21/2017 | Capital Stack (Spark Funding) | | -4,331.75 |
| 06/22/2017 | Capital Stack (Spark Funding) | | -4,408.00 |
| 06/22/2017 | Capital Stack (Spark Funding) | | -4,408.00 |
| 06/23/2017 | Capital Stack (Spark Funding) | | -4,408.00 |
| 06/23/2017 | Capital Stack (Spark Funding) | | -4,408.00 |
| 06/27/2017 | Capital Stack (Spark Funding) | | -1,080.35 |
| | **Capital Stack (Spark Funding) Total** | | **-62,716.10** |
| 07/10/2017 | Cinnabon Royalty | | -15,683.72 |
| 09/08/2017 | Cinnabon Royalty | | -15,000.00 |
| | **Cinnabon Royalty Total** | | **-30,683.72** |
| 06/15/2017 | Everest Business Funding | | -2,028.57 |
| 06/16/2017 | Everest Business Funding | | -2,028.57 |
| 06/19/2017 | Everest Business Funding | | -2,028.57 |
| 06/20/2017 | Everest Business Funding | | -2,028.57 |
| 06/21/2017 | Everest Business Funding | | -2,028.57 |
| 06/22/2017 | Everest Business Funding | | -2,028.57 |
| 06/23/2017 | Everest Business Funding | | -2,028.57 |
| 06/26/2017 | Everest Business Funding | | -2,028.57 |
| 06/27/2017 | Everest Business Funding | | -2,028.57 |
| 06/28/2017 | Everest Business Funding | | -2,028.57 |
| 06/29/2017 | Everest Business Funding | | -2,028.57 |
| 06/30/2017 | Everest Business Funding | | -2,028.57 |
| 07/03/2017 | Everest Business Funding | | -2,028.57 |
| 07/05/2017 | Everest Business Funding | | -2,028.57 |
| 07/05/2017 | Everest Business Funding | | -2,028.57 |
| 07/06/2017 | Everest Business Funding | | -2,028.57 |
| 07/07/2017 | Everest Business Funding | | -2,028.57 |
| 07/11/2017 | Everest Business Funding | | -2,028.57 |
| 08/10/2017 | Everest Business Funding | | -53,191.34 |
| 08/10/2017 | Everest Business Funding | | -21,808.66 |
| 08/18/2017 | Everest Business Funding | | -1,250.00 |
| 08/21/2017 | Everest Business Funding | | -1,250.00 |
| 08/22/2017 | Everest Business Funding | | -1,250.00 |
| | **Everest Business Funding Total** | | **-115,264.26** |
| 06/28/2017 | FCM | Payroll | -12,871.47 |
| 07/14/2017 | FCM | Payroll | -11,800.00 |
| 06/20/2017 | FCM | | -51,493.96 |
| 06/27/2017 | FCM | | -24,102.17 |
| 07/03/2017 | FCM | | -19,001.46 |
| 07/06/2017 | FCM | | -40,312.52 |
| 07/10/2017 | FCM | | -15,700.00 |
| 07/10/2017 | FCM | | -15,000.00 |
| 07/11/2017 | FCM | | -7,500.00 |
| 07/12/2017 | FCM | | -16,700.00 |

| Date | Description | Memo | Amount |
|---|---|---|---|
| 07/13/2017 | FCM | | -13,000.00 |
| 07/20/2017 | FCM | | -21,643.36 |
| 07/20/2017 | FCM | | -9,879.39 |
| | **FCM Total** | | **-259,004.33** |
| 07/07/2017 | Ridgestone Bank 23676 | Loan: 23676 (Byline Bank) | -26,313.60 |
| 08/07/2017 | Ridgestone Bank 23676 | Loan: 23676 (Byline Bank) | -26,313.60 |
| | **Ridgestone Bank 23676 Total** | | **-52,627.20** |
| 06/15/2017 | SSA - System Services America | | -3,600.00 |
| 06/16/2017 | SSA - System Services America | | -7,600.00 |
| 06/20/2017 | SSA - System Services America | | -19,000.00 |
| 06/20/2017 | SSA - System Services America | | -1,500.00 |
| 06/21/2017 | SSA - System Services America | | -10,000.00 |
| 06/23/2017 | SSA - System Services America | | -10,000.00 |
| 06/27/2017 | SSA - System Services America | | -18,000.00 |
| 06/30/2017 | SSA - System Services America | | -10,000.00 |
| 06/30/2017 | SSA - System Services America | | -10,000.00 |
| 07/03/2017 | SSA - System Services America | | -10,000.00 |
| 07/03/2017 | SSA - System Services America | | -6,000.00 |
| 07/06/2017 | SSA - System Services America | | -10,000.00 |
| 07/07/2017 | SSA - System Services America | | -5,000.00 |
| 07/10/2017 | SSA - System Services America | | -15,000.00 |
| 07/12/2017 | SSA - System Services America | | -4,700.00 |
| 07/12/2017 | SSA - System Services America | | -3,400.00 |
| 07/13/2017 | SSA - System Services America | | -6,000.00 |
| 07/14/2017 | SSA - System Services America | | -5,000.00 |
| 07/19/2017 | SSA - System Services America | | -10,000.00 |
| 07/20/2017 | SSA - System Services America | | -10,000.00 |
| 07/21/2017 | SSA - System Services America | | -9,800.00 |
| 07/24/2017 | SSA - System Services America | | -10,000.00 |
| 07/26/2017 | SSA - System Services America | | -20,000.00 |
| 07/31/2017 | SSA - System Services America | | -25,000.00 |
| 08/07/2017 | SSA - System Services America | | -25,000.00 |
| 08/10/2017 | SSA - System Services America | | -15,500.00 |
| 08/10/2017 | SSA - System Services America | | -2,000.00 |
| 08/10/2017 | SSA - System Services America | | -1,000.00 |
| 08/11/2017 | SSA - System Services America | | -10,000.00 |
| 08/15/2017 | SSA - System Services America | | -17,000.00 |
| 08/16/2017 | SSA - System Services America | | -20,000.00 |
| 08/16/2017 | SSA - System Services America | | -18,000.00 |
| 08/25/2017 | SSA - System Services America | | -30,000.00 |
| 08/29/2017 | SSA - System Services America | | -15,000.00 |
| 08/31/2017 | SSA - System Services America | | -8,000.00 |
| 09/05/2017 | SSA - System Services America | | -10,000.00 |
| 09/06/2017 | SSA - System Services America | | -10,000.00 |
| 09/06/2017 | SSA - System Services America | | -5,000.00 |
| 09/07/2017 | SSA - System Services America | | -10,000.00 |
| 09/11/2017 | SSA - System Services America | | -25,000.00 |

| | | |
|---|---|---:|
| | **SSA - System Services America Total** | **-461,100.00** |
| 06/15/2017 | Travelers Insurance | Acct #: 2374E9193; Policy #: 3F998981 UB | -33,466.67 |
| | **Travelers Insurance Total** | **-33,466.67** |
| 06/27/2017 | Universal Studios City Walk | -15,594.75 |
| | **Universal Studios City Walk Total** | **-15,594.75** |
| 08/03/2017 | Vivonet (Syrus) | -2,325.00 |
| 08/18/2017 | Vivonet (Syrus) | -4,650.00 |
| | **Vivonet (Syrus) Total** | -6,975.00 |
| 06/15/2017 | WG Prime | -445.00 |
| 06/16/2017 | WG Prime | -445.00 |
| 06/19/2017 | WG Prime | -445.00 |
| 06/20/2017 | WG Prime | -445.00 |
| 06/21/2017 | WG Prime | -445.00 |
| 06/22/2017 | WG Prime | -445.00 |
| 06/23/2017 | WG Prime | -445.00 |
| 06/26/2017 | WG Prime | -445.00 |
| 06/27/2017 | WG Prime | -445.00 |
| 06/28/2017 | WG Prime | -445.00 |
| 06/29/2017 | WG Prime | -445.00 |
| 06/30/2017 | WG Prime | -445.00 |
| 07/03/2017 | WG Prime | -445.00 |
| 07/05/2017 | WG Prime | -445.00 |
| 07/06/2017 | WG Prime | -445.00 |
| 07/07/2017 | WG Prime | -445.00 |
| 07/10/2017 | WG Prime | -445.00 |
| 07/11/2017 | WG Prime | -445.00 |
| 07/12/2017 | WG Prime | -445.00 |
| 07/13/2017 | WG Prime | -445.00 |
| 07/17/2017 | WG Prime | -445.00 |
| 07/17/2017 | WG Prime | -445.00 |
| 07/18/2017 | WG Prime | -445.00 |
| 07/19/2017 | WG Prime | -445.00 |
| 07/20/2017 | WG Prime | -445.00 |
| 07/21/2017 | WG Prime | -445.00 |
| 07/24/2017 | WG Prime | -445.00 |
| 07/25/2017 | WG Prime | -445.00 |
| 07/26/2017 | WG Prime | -445.00 |
| 07/27/2017 | WG Prime | -445.00 |
| 07/28/2017 | WG Prime | -445.00 |
| 07/31/2017 | WG Prime | -445.00 |
| | **WG Prime Total** | **-14,240.00** |
| 06/15/2017 | World Global Fin | -1,334.00 |
| 06/16/2017 | World Global Fin | -1,334.00 |
| 06/19/2017 | World Global Fin | -1,334.00 |
| 06/20/2017 | World Global Fin | -1,334.00 |
| 06/21/2017 | World Global Fin | -1,334.00 |
| 06/22/2017 | World Global Fin | -1,334.00 |

| | | |
|---|---|---:|
| 06/23/2017 | World Global Fin | -1,334.00 |
| 06/26/2017 | World Global Fin | -1,334.00 |
| 06/27/2017 | World Global Fin | -1,334.00 |
| 06/28/2017 | World Global Fin | -1,334.00 |
| 06/29/2017 | World Global Fin | -1,334.00 |
| 06/30/2017 | World Global Fin | -1,334.00 |
| 07/03/2017 | World Global Fin | -1,334.00 |
| 07/05/2017 | World Global Fin | -1,334.00 |
| 07/06/2017 | World Global Fin | -1,334.00 |
| 07/07/2017 | World Global Fin | -1,334.00 |
| 07/10/2017 | World Global Fin | -1,334.00 |
| 07/11/2017 | World Global Fin | -1,334.00 |
| 07/12/2017 | World Global Fin | -1,334.00 |
| 07/13/2017 | World Global Fin | -1,334.00 |
| 07/14/2017 | World Global Fin | -1,334.00 |
| 07/17/2017 | World Global Fin | -1,334.00 |
| 07/18/2017 | World Global Fin | -1,334.00 |
| 07/19/2017 | World Global Fin | -1,334.00 |
| 07/20/2017 | World Global Fin | -1,334.00 |
| 07/21/2017 | World Global Fin | -1,334.00 |
| 07/24/2017 | World Global Fin | -1,334.00 |
| 07/25/2017 | World Global Fin | -1,334.00 |
| 07/26/2017 | World Global Fin | -1,334.00 |
| 07/27/2017 | World Global Fin | -1,334.00 |
| 07/28/2017 | World Global Fin | -1,334.00 |
| 07/31/2017 | World Global Fin | -1,334.00 |
| 08/21/2017 | World Global Fin | -1,334.00 |
| 08/22/2017 | World Global Fin | -1,334.00 |
| | **World Global Fin Total** | **-45,356.00** |
| 06/15/2017 | Yellowstone Capital | -1,247.50 |
| 06/16/2017 | Yellowstone Capital | -1,247.50 |
| 06/19/2017 | Yellowstone Capital | -1,247.50 |
| 06/20/2017 | Yellowstone Capital | -1,247.50 |
| 06/21/2017 | Yellowstone Capital | -2,999.50 |
| 06/22/2017 | Yellowstone Capital | -2,999.50 |
| 06/23/2017 | Yellowstone Capital | -2,999.50 |
| 06/26/2017 | Yellowstone Capital | -2,999.50 |
| 06/27/2017 | Yellowstone Capital | -2,999.50 |
| 06/28/2017 | Yellowstone Capital | -2,999.50 |
| 06/29/2017 | Yellowstone Capital | -2,999.50 |
| 06/30/2017 | Yellowstone Capital | -2,999.50 |
| 07/03/2017 | Yellowstone Capital | -2,999.50 |
| 07/05/2017 | Yellowstone Capital | -2,999.50 |
| 07/06/2017 | Yellowstone Capital | -2,999.50 |
| 07/06/2017 | Yellowstone Capital | -2,999.50 |
| 07/06/2017 | Yellowstone Capital | -2,999.50 |
| 07/07/2017 | Yellowstone Capital | -2,999.50 |

| 07/07/2017 | Yellowstone Capital | -2,999.50 |
| 07/11/2017 | Yellowstone Capital | -2,999.50 |
| 07/11/2017 | Yellowstone Capital | -2,999.50 |
| 08/10/2017 | Yellowstone Capital | -16,598.10 |
| 08/18/2017 | Yellowstone Capital | -4,000.00 |
| 08/21/2017 | Yellowstone Capital | -4,000.00 |
| | **Yellowstone Capital Total** | **-80,579.60** |
| | **Grand Total** | -1,719,413.68 |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Eastern District of California

In re   **First Capital Retail, LLC**                                   Case No.   __2017-26125__

_____  Chapter   __11__
Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept          $ _____   **Pre-petition fees incurred $4,712.00***

Prior to the filing of this statement I have received  $ _____

**$30,000.00 is the total amount of retainer payment received pre-petition**

**\* Breakdown of Pre-petition compensation:**
**(1) Prof. fees [Pre-petition]............................$2,995.00**
**(2) Filing Fee.................................................$1,717.00**
**(3) Total Pre-petition fees earned.................$4,712.00**

**$25,288.00 retainer being held in trust for post petition work [$30,000.00 minus $4,712.00]**

$ _____

**0.00 due for pre-petition work**

Balance Due    _____

2.  $ __1,717.00__ of the filing fee has been paid.

3.  The source of the compensation paid to me was:

☑ Debtor      ☑ Other (specify): First Capital Retail, LLC paid $1,500.00 of pre-petition retainer.  Third party payor, Lochan Enterprises, LLC, paid $28,500.00

4.  The source of compensation to be paid to me is:

☑ Debtor      ☐ Other (specify): _____

5.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.  [Other provisions as needed]
   **Other general bankruptcy counseling.**

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **An attorney who is retained to represent a debtor in a bankruptcy case constitutes an appearance for all purposes in the case, including, without limitation, motions for relief from the automatic stay, motions to avoid liens, objections to claims, and reaffirmation agreements.  However, an appearance in the bankruptcy case for a party does not require the attorney to appear for that party in an adversary proceeding**

In re    **First Capital Retail, LLC**              Case No.    **2017-26125**
<br>Debtor(s)

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)
## (Continuation Sheet)

**CERTIFICATION**

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **October 12, 2017** | /s/ Gabriel E. Liberman |
| *Date* | **Gabriel E. Liberman** |
| | *Signature of Attorney* |
| | **Law Offices of Gabriel Liberman, APC** |
| | **2033 Howe Ave., STE 140** |
| | **Sacramento, CA 95825** |
| | **916-485-1111   Fax: 916-485-1111** |
| | **attorney@4851111.com** |
| | *Name of law firm* |

# United States Bankruptcy Court
## Eastern District of California

In re **First Capital Retail, LLC**

Debtor(s)

Case No. **2017-26125**

Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |

-NONE-

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Managing Member** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **October 12, 2017**

Signature **/s/ Rameshwar Prasad**

**Rameshwar Prasad**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.